## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOKOL GJONBALAJ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey corporation, and VOLKSWAGEN AG, a foreign corporation,<br><br>Defendants. | Civil Action No.: 2:19-cv-07165-BMC<br>**Jury Demand**<br><br>**AMENDED COMPLAINT FOR:**<br>1. Breach of Express Warranties<br>2. Breach of Implied Warranties<br>3. Violation of MMWA<br>4. Violation of NY GBL § 349<br>5. Violation of NY GBL § 350<br>6. Fraudulent Concealment<br>7. Unjust Enrichment |

## AMENDED CLASS ACTION COMPLAINT

Plaintiff, individually and on behalf of all others similarly situated, by and through his undersigned counsel, brings this Amended Class Action Complaint against Defendants Volkswagen Group of America, Inc. ("Volkswagen America") and Volkswagen AG ("Volkswagen Global") (collectively "VW"). Plaintiff alleges the following based upon personal knowledge as to his own acts, and based upon investigation of counsel as to all other allegations.

### I.       SUMMARY OF THE CASE

1.       VW is one of the world's largest automobile manufacturers and it has been quite profitable in the U.S. over the years.

2.       But VW took a hit to its reputation, credibility, and U.S. profit share as a result of "Dieselgate" – the scandal the company admitted to in 2015 where VW had utilized a "defeat device" enabling the company to fake the emissions levels in approximately "580,000 vehicles it sold between 2006 and 2015" allowing the cars to "pass regulatory lab tests" for emissions levels even though the cars' "real-world driving[ ] emissions were several times the permissible limits."[1]

---

[1]    https://knowledge.wharton.upenn.edu/article/volkswagen-diesel-scandal/ (last accessed 12.20.2019).

3.      The scandal continues to haunt the company. In fact, just last year, the U.S. Securities and Exchange Commission (SEC) charged VW Global and two of its subsidiaries "for defrauding U.S. investors, raising billions of dollars through the corporate bond and fixed income markets while making a series of deceptive claims about the environmental impact of the company's 'clean diesel' fleet."[2]

4.      In an attempt to win back some U.S. consumers after Dieselgate, VW broadened its written warranty offering the People First bumper-to-bumper New Vehicle Limited Warranty – a 6 year/72,000 mile warranty.[3] The warranty is longer than any other offered in the industry.

5.      All of VW's warranties promise consumers that VW will make "any repair to correct a defect in the manufacturer's material or workmanship."[4]

6.      VW has not honored this warranty statement when it comes to the following VW vehicle models: 2016-present Audi A1 Mk2, Audi A3 Mk3, Audi TT Mk3, Audi Q2, Audi Q3, Volkswagen Arteon, Volkswagen Atlas/Teramont, Volkswagen Golf, Volkswagen Jetta, Volkswagen Passat, Volkswagen Polo, Volkswagen Tiguan, and Volkswagen Touran that are sold with a sunroof (collectively, the "Class Vehicles").[5]

7.      VW also has not lived up to the promises made to consumers in its advertising and marketing materials related to the Class Vehicles.

8.      Consumers purchase the Class Vehicles reasonably expecting that their vehicles can be used in the normal and ordinary manner in which cars are used, including driving in the rain.

9.      Consumers reasonably expect that the Class Vehicles, all equipped with sunroofs, will not suffer water damage in the interior of the car when the sunroof is closed during inclement weather.

---

[2] *Id.*

[3] *Id.*

[4] *Id.*

[5] Plaintiff anticipates amending the Class Vehicles' definition upon VW identifying in discovery all of its vehicles manufactured and sold with the relevant defective sunroofs.

CLASS ACTION COMPLAINT

10.     Despite these reasonable consumer expectations, VW knowingly, through the use of deceptive practices, sold (and continues to sell) tens of thousands of Class Vehicles equipped with sunroofs that have inherent flaws due to design, manufacturing, and/or workmanship that cause leaks resulting in damage to the vehicles' interior, including electrical systems, audio systems, upholstery, carpet, roof headliners, seats, and more (the "Defect"). Damage to the electrical systems causes certain features of the cars to malfunction. Consumers have experienced the forward/front and rear sensors malfunctioning which causes their vehicles to slam on the brakes and stop on their own – even when the vehicles are moving at high speeds in the middle of a road.

11.     Internal documents distributed from VW to its dealers in North America reveal that VW has long been aware of the Defect and has actively concealed it from consumers.

12.     VW has refused to disclose and failed to warn consumers of the Defect and the propensity for the Class Vehicles sunroofs to leak, despite VW's knowledge of the Defect and the problems associated with it and despite the fact that a diligent consumer could not reasonably learn of the Defect, safety risks, and potential damages on his or her own.

13.     VW has also refused and/or is unable to repair, correct, or otherwise remedy the sunroof Defect on the Class Vehicles, despite its promise to do so in express warranties to consumers.

14.     VW may have intended its new warranty to win over consumers after Dieselgate, but given that VW failed to inform consumers of the Defect, failed to acknowledge or repair the known sunroof Defect, and failed to honor the spirit of the warranty by concealing the Defect from consumers while the express warranties expired, the warranty has not restored Class Vehicle consumers' faith in VW.

15.     VW has created another scandal through its deceptive and fraudulent business practices wherein VW's profits soar while its consumers suffer.

16.     Plaintiff, individually and on behalf of a class of all consumers who purchased or leased the Class Vehicles with the same or substantially similar component sunroof parts, seek recovery for damages suffered as a result of VW's defective sunroofs. Thus, Plaintiff, on behalf of

3

himself and all Class Members brings this class action against VW for breach of express and implied warranties; violation of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301; violation of New York General Business Law §§ 349 and 350; fraudulent omission and concealment; and unjust enrichment.

## II.        JURISDICTION AND VENUE

17.        This Court has personal jurisdiction over the Defendants because VW has regular and systematic contacts in the state of New York, in which it does business and placed the Plaintiff's vehicle into the stream of commerce.

18.        This Court has subject matter jurisdiction over this action because it is based, in part, on a federal claim under 15 U.S.C. § 2301, *et. seq.*, the Magnuson-Moss Warranty Act, and supplemental jurisdiction over any state law claims under 28 U.S.C. § 1367.

19.        This Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332(d)(2) and 28 U.S.C. § 1332, the Class Action Fairness Act, because the aggregated claims of Class Members exceed $5 million, Plaintiff and Defendants are residents of different states, and there are at least one hundred members of the proposed class.

20.        Pursuant to 28 U.S.C. § 1391, venue is proper in this District because VW is subject to personal jurisdiction and the sale of Plaintiff's vehicle occurred in this District, giving rise to Plaintiff's claims.

## III.        PARTIES

21.        Plaintiff Sokol Gjonbalaj is a resident of Ridgewood, New York located in Queens County.

22.        Defendant Volkswagen America is a New Jersey corporation with its principal place of business at 2200 Ferdinand Porsche Drive, Herndon, Virginia 20171.

23.        Volkswagen America, through its various entities, markets, distributes, and sells Volkswagen automobiles, including the Class Vehicles, in multiple locations across the United States, including New York.

24.     Volkswagen America also developed and disseminated the owner's manual and warranty booklets, advertisements, and other promotional materials relating to the Class Vehicles.

25.     Defendant Volkswagen Global is a German corporation headquartered in Wolfsburg, Germany.

26.     Volkswagen Global is engaged in the business of designing, engineering, manufacturing, testing, marketing, supplying, selling, and distributing motor vehicles, including the Class Vehicles, in the United States.

27.     Volkswagen Global and/or its agents designed, manufactured, and installed the defective sunroofs in the Class Vehicles.

28.     Volkswagen Global is and was at all relevant times doing business in a continuous manner through a chain of distribution and dealers throughout the United States, including within this District by selling, advertising, promoting, and distributing Volkswagen motor vehicles.

29.     Through its wholly-owned subsidiaries and/or agents, Volkswagen Global markets its products in a continuous manner in the United States, including in this District.

30.     Volkswagen Global is the parent of, controls, and communicates with Volkswagen America concerning virtually all aspects of the Volkswagen vehicles distributed in the United States.

31.     Volkswagen America acts as the sole distributor for Volkswagen vehicles in the United States, purchasing those vehicles from Volkswagen Global for sale in this country.

32.     Volkswagen Global also developed, reviewed, and/or approved the marketing and advertising campaigns designed to sell the Class Vehicles.

33.     The relationship between Volkswagen Global and Volkswagen America is governed by a General Distributor Agreement that gives Volkswagen Global the right to control nearly every aspect of Volkswagen America's operations—including sales, marketing, management policies, information governance policies, pricing, and warranty terms.

34.     Volkswagen America is a wholly owned subsidiary of Volkswagen Global.

35.     VW has thousands of authorized dealerships across the United States and controls the distribution of automobiles, parts, services, and warranty repairs throughout the United States. VW authorizes these distributors and dealerships to sell VW vehicles, parts, and accessories and to service and repair VW vehicles using VW parts. Its operating income through those distributors and dealerships for its North American region totaled €30 billion for the fiscal year ending December 31, 2019.[6] VW sells its vehicles to its authorized distributors and dealerships, which in turn sell those vehicles to consumers. After these dealerships sells cars to consumers, including Plaintiff and Class Members, they purchase additional inventory from VW to replace the vehicles sold, increasing VW's revenues. Thus, Plaintiff and Class Members' purchase of Class Vehicles accrues to the benefit of VW by increasing its revenues.

## IV.     FACTUAL BACKGROUND

### A.  *The VW Sunroof Defect*

36.     Defendants manufacture, market, and distribute mass produced automobiles in the United States under the VW brand name.

37.     The VW automobile models that make up the Class Vehicles in this case are the 2016-present Audi A1 Mk2, Audi A3 Mk3, Audi TT Mk3, Audi Q2, Audi Q3, Volkswagen Arteon, Volkswagen Atlas/Teramont, Volkswagen Golf, Volkswagen Jetta, Volkswagen Passat, Volkswagen Polo, Volkswagen Tiguan, Volkswagen Touran, and the Volkswagen Touareg that are sold with a sunroof. Plaintiff anticipates amending the Class Vehicles' definition upon VW identifying in discovery all of its vehicles manufactured and sold with the relevant defective sunroofs.

38.     The defective sunroofs in all of the Class Vehicles are substantially similar in design and manufacture.

---

[6]     *See*     https://annualreport2019.volkswagenag.com/group-management-report/results-of-operations-financial-position-and-net-assets/results-of-operations.html     (The Passenger Cars Business Area recorded sales revenue of €182.0 billion in the period from January to December 2019; 17% of Sale Revenue was attributable to North America).

39.     The VW sunroofs suffer from defects in design, manufacturing, and/or workmanship such that they are prone to leak water into the interior of the vehicle.

40.     The VW sunroofs are defective and prone to leak due to problems with their drainage systems,[7] defective seals,[8] and/or "[a] difference in the expansion rate between the plastic water channel and steel reinforcement plates [that] may cause stress cracks to occur at the edges of the reinforcement plates."[9]

41.     The VW sunroofs present safety hazards to drivers, passengers, and others, as described herein.

42.     Due to the defective nature of the VW sunroofs, owners and lessees as well as others in the public are damaged and/or injured.

43.     All the while, VW profits.

44.     The actual material cost of the sunroof is relatively low, yet VW is able to charge more for the same vehicle if it has a sunroof – making the sunroof option one of the most profitable features in the automotive industry.

**B.  *VW's Knowledge and Active Concealment of the Defect***

45.     VW wrongly profits on its defective sunroofs because it has known or should have known of the sunroofs' defective nature for years and VW never informed consumers of the Defect; never warned about the consequences of the Defect; actively concealed the Defect from

---

[7] *E.g.*, "The rear sunroof drains may be pinched shut by foam blocks on the headliner, not allowing the sunroof frame to drain properly" due to "[i]ncorrect assembly in production [which] allows too much length in the sunroof drain between the second and third securing clips. This causes excess slack in the drain hose allowing the foam block to contact the hose." October 24, 2016 TSB.

[8] *E.g.*, "Incorrect rework in production" – "Spot welds around the perimeter of the sunroof opening may be too large. This prevents the outer sunroof seal from properly adhering to the body of the vehicle, allowing water to leak through the seal.
Insufficient cleaning process prior to applying outer sunroof seal. The sunroof frame opening may have been improperly cleaned prior to application of the acrylic tape on the outer sunroof seal. This prevents the outer sunroof seal from properly adhering to the body of the vehicle, allowing water to leak through the seal." November 22, 2016 TSB.

[9] *E.g.*, September 28, 2016 TSB; February 6, 2017 TSB; August 8, 2017 TSB.

consumers; and failed to live up to the express and implied warranties it made through its warranty materials, advertisements, and other contractual agreements and promises made to consumers.

46.    VW has been aware of the sunroof Defect since at least 2016.

47.    At all relevant times, VW has had superior and exclusive knowledge of the sunroof Defect and knew or should have known that the Defect was not known or reasonably discoverable by Plaintiff and Class Members before their purchase or lease of the Class Vehicles.

48.    Before Plaintiff and Class Members purchased or leased their respective Class Vehicles, and since pre-production and post-production road testing of the Class Vehicles, if not earlier, VW knew about the sunroof Defect through sources not available to consumers, including pre-release testing data, such as design mode failure analysis, early consumer complaints to VW and its dealers, testing conducted in response to those complaints, high failure rates and replacement part sales data, and other aggregate data from VW dealers about the problem. Publicly available facts set forth *infra* further confirm VW's knowledge.

49.    VW is experienced in the design and manufacture of consumer vehicles. As an experienced manufacturer, VW conducts tests, including pre-sale and post-sale durability testing, on vehicle components such as the sunroofs in Class Vehicles, to verify the parts are free from defects and align with VW's specifications. Further, pre-production and post-production testing on vehicles and their components is designed to be harsher than expected "real-world" driving experiences of consumers. Such testing necessarily includes examining the sunroofs. Thus, VW knew or should have known that the sunroofs in the Class Vehicles were defective and prone to leaking.

50.    Additionally, VW should have learned of this widespread Defect from the sheer number of reports received from dealerships and from customer complaints directly to VW. VW's customer relations department collects and analyzes field data including, but not limited to, repair requests made at dealerships, technical reports prepared by engineers who have reviewed vehicles for which warranty coverage is being requested, parts sales reports, and warranty claims data.

51.     VW's warranty department analyzes and collects data submitted by its dealerships in order to identify trends in its vehicles. It is VW's policy that when a repair is made under warranty, the dealership must provide VW with detailed documentation of the problem and the repair employed to correct it in order to be reimbursed. Dealerships have an incentive to provide detailed information to VW, because they will not be reimbursed for any repairs unless the justification is sufficiently detailed.

52.     Further, VW issued, to its dealers and not to consumers, a number of technical bulletins or technical service bulletins ("TSBs") related to the defective sunroofs.

53.     In general, TSBs contain a manufacturer's diagnosis of a particular problem as well as the manufacturer's recommended procedures for addressing and/or repairing the known problem.

54.     TSBs are tied to warranty claims made by consumers.

55.     By the time VW issues a TSB, the company has already known of the problem, received various complaints, reports, and/or warranty claims about it, investigated the problem, strategized how to "fix" the problem, and how that "fix" should be communicated to dealers and/or consumers.

56.     The issue date of a TSB does not equate to VW's date of first knowledge about the problem – the company knew about the problem prior to issuing a TSB and its prior knowledge prompted issuance of the TSB.

57.     VW issued no less than twelve (12) TSBs relating to the sunroof feature in the Class Vehicles.

58.     VW also issued various Tech Tips which are treated essentially the same as TSBs. VW distinguishes between a Tech Tip and a TSB because a Tech Tip is, according to the company, not associated with warranty claiming, while TSBs are.

59.     Though Tech Tips are not based on warranty claims, they are only issued after VW has discovered a problem, investigated it, strategized how to "fix" the problem, and determined how the problem and "fix" should be communicated to dealers and/or consumers.

9

60.     Like TSBs, the date a Tech Tip issues does not equate to the company's date of first knowledge about the issue.

61.     VW issued no less than three (3) Tech Tips relating to the sunroof feature in the Class Vehicles.

62.     VW also has seven dealers in the country that are Product Field Information ("PROFI") designated dealers, which means those dealers are the face of quality control and they work with Volkswagen America engineers to help VW address technical issues.[10]

63.     VW issued no less than three (3) communications to its PROFI designated dealer(s) relating to the sunroof feature in the Class Vehicles and no less than an additional two (2) communications were made to VW dealers in general.

64.     VW also issues Service Actions, which could be referred to as service campaigns and are typically discussed in conjunction with recalls.

65.     Service Actions address technical issues and VW advises that these actions should be completed on all affected vehicles promptly in order to prevent the known problem from occurring.[11]

66.     VW issued no less than three (3) Service Action notices relating to the sunroof feature in the Class Vehicles.

67.     VW also issued one (1) Special Notice and one (1) Important Notice relating to the sunroof feature in the Class Vehicles.

68.     In total, there have been *at least* twenty-five (25) TSBs, Tech Tips, Communications with PROFI Dealers, Communications with Dealers, Service Actions, and/or Special or Important Notices related to the defective nature of the Class Vehicles' sunroofs and their propensity to leak.

---

[10] https://sites.hireology.com/volkswagenofsouthcharlotte/about.html (last accessed 3.21.2020).

[11] https://www.vw.com/owners-recalls/ (last accessed 3.21.2020).

CLASS ACTION COMPLAINT

***1. VW TSBs, Tech Tips, Communications with PROFI Dealers, Communications with Dealers, Service Actions, and Special/Important Notices Related to the Defect***

69.     On January 7, 2016, VW issued an outbound communication with its PROFI dealers concerning "water leak from sunroof/water stains on headliner" instructing the dealers to inspect vehicles presenting with these problems for loose or pinched sunroof drain tubes. An excerpt of the communication appears below:

| MY(s) Affected: | 2015-2016 |
|---|---|
| Vehicle Model(s): | Golf SportWagen |
| VIN Range (if applicable): | All |
| Engine Code(s): | All |
| Gearbox (Manual / Automatic): | All |
| **Issue Description / Symptom:** | |
| Water leak from sunroof / water stains on headliner. | |
| **Workshop Problem Validation Procedure:** | |
| Inspect vehicle for loose or pinched sunroof drain tubes. | |
| **Required Actions:** | |
| If a loose or pinched sunroof drain tube is found to be the cause of the complaint, please obtain pictures showing the condition of the sunroof drain tube and the location of the pinched/disconnected drain on the vehicle.  Please send pictures and vehicle information in to the Profi inbox with the title "2015-047 Golf SportWagen Sunroof Drain Tube." <br><br> Please repair the vehicle as needed. | |

12

70.     This request for an investigation and additional information on a sunroof water leak shows that VW was in possession of information evidencing the existence of the Defect.

71.      In April 2016, after 22 weeks of collecting information from its PROFI dealers regarding leaking sunroofs and pinched or loose drain tubes, VW closed its data collection on the issue from its PROFI dealers. An excerpt of the report on the issue appears below:

---

12 https://static.nhtsa.gov/odi/tsbs/2016/MC-10121057-9999.pdf (last accessed 3.21.2020).

CLASS ACTION COMPLAINT

| Topic ID | Outbound requests closed within the last month | Closed | Weeks Open |
|---|---|---|---|
| 2015-047 | **Golf SportWagen Sunroof Drain Tube (VIN-4-A-PIN)**<br><br>Model Year: 2015-2016<br>Carline(s): Golf SportWagen<br>See outbound request form attached for details.<br><br>This topic is now closed as an outbound request and we are no longer requesting any further actions.<br><br>We have collected all of the information we need for this concern.<br><br>We greatly appreciate your support with this topic. | 4/12/2016 | 22 |

72.     The National Highway Traffic Safety Administration ("NHTSA") recorded VW's closure of its investigation of complaints concerning water leaks from sunroof drain tubes on April 28, 2016, as shown below:



13

73.     On September 28, 2016, VW issued a TSB providing dealers with a "PANORAMIC SUNROOF INSPECTION AND REPAIR PROCEDURE" in the event of a water leak. This TSB states that it applies to the Golf and the Golf GTI, model years 2015-2017. The required parts and tools include a repair kit and sealant.

### Required Parts and Tools

| Part No: | Part Description | Quantity |
|---|---|---|
| 5GM 898 041 | Repair Kit | 2 |
| D  172 090 A2 | Sealant | 1 |

74.     On October 24, 2016, VW issued a TSB instructing dealers of how to inspect and replace the rear sunroof drain hoses and ensure the correct routing of those hoses in the event "Water Leaks from the Rear of the Panoramic Sunroof." This TSB states that it applies to the Golf Sportwagen model years 2015-2017. The required parts include a water drain hose (Part No. 5G0877228).

### Required Parts and Tools

| Part No: | Part Description | Quantity |
|---|---|---|
| 5G0 877 228 | Water Drain Hose | 2 |

For Special Tools see Repair Manual.

75.     VW then issued a Tech Tip providing a "Sunroof Concern Diagnostic Tree to address Water Leaks, Wind Noise, Mechanical Concerns" on November 18, 2016. In the diagnostic tree, VW specifically acknowledges that the dealer may not be able to replicate the issue and provides steps to take, if this is the case. In the case of a water leak that cannot be replicated, the Tech Tip instructs that the dealer should clean the sunroof drains and adjust the sunroof glass.

13



76.     Just four days later, on November 22, 2016, VW issued a TSB concerning "Water Leak from Panoramic Sunroof." This TSB also asks dealers to "refer to TSB 2045672 Water Leaks from the Rear of the Panoramic Sunroof" (*i.e.*, the October 24, 2016 TSB). This TSB states that it applies to the Golf Sportwagen and Golf Alltrack, model years 2015-2017. The required parts include a sunroof seal and cleaning solution.

## Required Parts and Tools

| Part No: | Part Description | Quantity |
|---|---|---|
| 5G9 877 459 A | Sunroof Seal | 1 |
| D  00940104 | Cleaning Solution | 0.5 |

For Special Tools see Repair Manual.

77.     VW again issued a TSB on December 6, 2016. The required parts include the repair kit and sealant, just like the September 28, 2016 TSB.

78.     On January 4, 2017, VW issued Special Notice SM 14-2016 to "inform dealers to return all sunroof repair kits" labeled 5GM898041, and to order repair kit 5GM898041A going forward. The sunroof repair kit to be returned is the same one that was ordered to be used in the September 28, 2016 TSB in the event of a sunroof water leak.

79.     The "fix" provided by VW in the form of a sunroof repair kit did not work and the kit itself had to be replaced.

80.     On February 6, 2017, VW issued a TSB to supersede the one it issued on December 6, 2016 to include a different title and clarify the models, VIN range, and application of additional foil patches. This new TSB addressed "Water leak from the Sunroof (Panoramic Roof) on Golf

15

CLASS ACTION COMPLAINT

and GTI models." This TSB states that it applies to the Golf and Golf GTI, model years 2015-2017. The required parts include the repair kit and sealant.

## Required Parts and Tools

| Part No: | Part Description | Quantity |
|---|---|---|
| 5GM 898 041* | Repair Kit | 2 |
| D  172 090 A2 | Sealant | 1 |

81.     On August 7, 2017, VW issued an Important Notice to Dealers – For Immediate Distribution to inform dealers about an upcoming update that would provide specific repair instructions on sunroofs "to prevent water leaks into the interior of the vehicle that could be caused by cracks in the sunroof frame."[14]

82.     The August 7, 2017 notice to dealers essentially issued a stop sale order, informing dealers that "each vehicle should be completed when it comes into the dealer for maintenance or any other service visit[,]" and "[d]ealer stock vehicles **cannot, however, be delivered** to consumers until the Update is completed." *Id.* (emphasis in original).

83.     The August 7, 2017 notice to dealers also actively advised dealers to conceal the defects, stating, "Volkswagen is not notifying consumers." *Id*.

84.     On August 8, 2017, VW issued the updated TSB to dealers that it had communicated about the day earlier. The TSB reiterated that dealers must "[p]erform this UPDATE on all applicable vehicles within New Vehicle Limited Warranty" and "[i]t is MANDATORY to perform UPDATES on all applicable vehicles in dealer inventory PRIOR TO RETAIL SALE." (emphasis in original). This TSB states that it applies to the Golf and Golf GTI, model years 2015-2017. The required parts include the repair kit and sealant.

---

[14] https://static.nhtsa.gov/odi/tsbs/2017/MC-10125683-9999.pdf (last accessed 3.21.2020).

CLASS ACTION COMPLAINT

## Required Parts

| Part Description | Part No: | Quantity |
|---|---|---|
| Repair Kit | 5GM898041A | 1 |
| -And if required (cracks are found)- | | |
| Sealant | D  172090A2 | 1 |

85.    On September 6, 2017, VW then issued a TSB that superseded the one previously issued on November 22, 2016. VW issued this new TSB to include an additional model vehicle and an additional model year – the Golf Alltrack and 2018 model year vehicles, in addition to the Golf Sportwagen and Golf Alltrack and model years 2015-2017. This TSB addressed "Water Leak from Panoramic Sunroof" just as the previous November 22, 2017 TSB did. The required parts include a sunroof seal and cleaning solution.

## Required Parts and Tools

| Part No: | Part Description | Quantity |
|---|---|---|
| 5G9 877 459 A | Sunroof Seal | 1 |
| D  00940104 | Cleaning Solution | 0.5 |

For Special Tools see Repair Manual.

86.    VW issued a TSB on February 21, 2018 relating to "Water Leaks from the Rear of the Panoramic Sunroof."

87.    VW issued a Tech Tip on July 27, 2018 relating to the malfunctions that occur after the original sunroof seal has been replaced and the new seal does not properly compress.

88.    On information and belief, this July 27, 2018 Tech Tip relates to sunroof seal (Part No. 5G9877459A).

89.    VW issued a TSB on October 2, 2018 that superseded the one it issued on February 21, 2018 addressing "Water Leaks from the Rear of the Panoramic Sunroof." This TSB states that

17

it applies to the Golf Sportwagen and Golf Alltrack, model years 2015-2018. The required parts include a water drain hose.

## Required Parts and Tools

| Part No: | Part Description | Quantity |
|---|---|---|
| 5G0 877 228 | Water Drain Hose | 2 |

For Special Tools see Repair Manual.

90.     VW issued a TSB on March 27, 2019 relating to "Sunroof Water Leak, Reduced Adhesion Causing Loose Seal." This TSB states that it applies to the Tiguan LWB, model years 2018-2019. The required parts include cleaner, primer, and gasket (adhesive).

## Required Parts and Tools

| Part Number | Designation | Qty. |
|---|---|---|
| D  009 401 04 | Cleaner | 0.5 |
| D  366 PR1 A1 | Primer | 1 |
| 3G9 877 459 A | Gasket (adhesive) | 1 |
| Part numbers are accurate at time of publication. Always refer to ETKA for the latest part information. | | |

No special tools required.

91.     On April 1, 2019, VW issued a TSB superseding the one it issued on March 27, 2019. These TSBs addressed the front headliner area showing leakage around the vanity light(s), sunroof, and overhead console area due to water entering via the sunroof.

92.     VW issued another TSB on July 18, 2019 that updated two previous TSBs (October 24, 2016 TSB and October 2, 2018 TSB) it had issued regarding "Water Leak From Rear Of Panoramic Sunroof." This TSB states that it applies to the Golf Sportwagen and Golf Alltrack, model years 2015-2018. The required parts include a water drain hose (Part No. 5G0877228).

93.     On July 26, 2019, VW issued a Tech Tip related to the anti-lock braking system "ABS, Airbag, Traction and TPMS Lights ON with Numerous Rear Wheel Speed Sensor Faults"

18

explaining that "[c]logged sunroof drains may cause water leaks in the A-pillar areas" which "may result in water ingression into TIUL coupling connector which may result in various system faults. Faults that may be present are C101C4A, C101C29, C101D29, C101D4A, C101D29, C101C14, C101D14, C114602, B10B300." This Tech Tip states that it applies to the Golf, Golf Sportwagen and GTI, model years 2015-2018.

94.     VW issued a dealer communication on December 2, 2019 informing dealers of an available repair for "Service Action 60E2 / Front Sunroof Drain Cleaning & Modification."  The service action affected over 50,000 vehicles and was limited to only 2018 or newer Atlases. An excerpt of the communication appears below:

| | |
|---|---|
| **Issue:** | In some sunroof-equipped vehicles, the front sunroof drains can become blocked with moist debris. If this happens, water could leak into the passenger compartment. |
| **Repair:** | • REPAIR AVAILABLE – December 03, 2019 - Dealers will inspect, clean and modify the front sunroof drains.<br>• See ELSA/ServiceNet for complete repair & claiming instructions<br>• Check both the daily Campaign Open Inventory report <u>and</u> OMD for affected vehicles in inventory. Verify OPEN status in ELSA <u>on the day of repair</u>.<br>• Repair every affected inventory vehicle <u>before delivery to consumers</u>. |
| **Parts Department:** | No parts needed. |

| | Country | Beginning Model Year | Ending Model Year | Vehicle | Vehicle Count |
|---|---|---|---|---|---|
| **Affected Vehicles** | USA | 2018 | 2019 | ATLAS | 49,714 |
| | CAN | 2018 | 2019 | ATLAS | 12,271 |

*Counts reflect overall recall population, some vehicles may have already been repaired. Check Campaigns/Actions screen in Elsa on the day of repair to verify that a VIN qualifies for repair under this action. Elsa is the only valid campaign inquiry & verification source.*

| | |
|---|---|
| **Notes:** | • Schedule owner repairs immediately<br>• Owner mailing – December 2019<br>• Service action expiration date: December 21, <u>2021</u><br><u>**U.S.A.:**</u> Loaner/rental coverage cannot be claimed under this action. However, loaner/rental may be covered under the mobility program. Please refer to the Volkswagen Warranty Policy and Procedures Manual for loaner claims information and reimbursement details.<br><u>**Canada:**</u> Loaner/rental coverage cannot be claimed under this action. Please refer to the Volkswagen Service Loaner Program to determine loaner eligibility. |

95.     On the same day, VW issued another dealer communication informing dealers that the same repair was available under "Service Action 60E5 / Front Sunroof Drain Cleaning & Modification" for 2018 or newer Tiguans – affecting over 100,000 vehicles. An excerpt of the communication appears below:

CLASS ACTION COMPLAINT

| | |
|---|---|
| **Issue:** | In some sunroof-equipped vehicles, the front sunroof drains can become blocked with moist debris. If this happens, water could leak into the passenger compartment. |
| **Repair:** | • REPAIR AVAILABLE – December 03, 2019 - Dealers will inspect, clean and modify the front sunroof drains.<br>• See ELSA/ServiceNet for complete repair & claiming instructions<br>• Check both the daily Campaign Open Inventory report and OMD for affected vehicles in inventory. Verify OPEN status in ELSA on the day of repair.<br>• Repair every affected inventory vehicle before delivery to consumers. |
| **Parts Department:** | No parts needed. |

**Affected Vehicles**

| Country | Beginning Model Year | Ending Model Year | Vehicle | Vehicle Count |
|---|---|---|---|---|
| USA | 2018 | 2019 | TIGUAN | 83,710 |
| CAN | 2018 | 2019 | TIGUAN | 23,769 |

*\*Counts reflect overall recall population; some vehicles may have already been repaired. Check Campaigns/Actions screen in Elsa on the day of repair to verify that a VIN qualifies for repair under this action. Elsa is the only valid campaign inquiry & verification source.*

| | |
|---|---|
| **Notes:** | • Schedule owner repairs immediately<br>• Owner mailing – December 2019<br>• Service action expiration date: December 21, 2021 |

**U.S.A.:** Loaner/rental coverage cannot be claimed under this action. However, loaner/rental may be covered under the mobility program. Please refer to the Volkswagen Warranty Policy and Procedures Manual for loaner claims information and reimbursement details.

**Canada:** Loaner/rental coverage cannot be claimed under this action. Please refer to the Volkswagen Service Loaner Program to determine loaner eligibility.

96.     The next day, on December 3, 2019, VW issued two Service Actions and provided example letters to be sent out to consumers. One Service Action addressed the Atlas repair and one addressed the Tiguan repair. However, this was VW offering the same repair on different cars. The sample letters are nearly identical. An excerpt appears below:

Dear Volkswagen Owner,

As part of Volkswagen's ongoing commitment to customer satisfaction, we are informing you of our decision to conduct a service action on certain 2018-2019 model year Volkswagen Atlas vehicles. Our records show that you are the owner of a vehicle affected by this action.

| | |
|---|---|
| **What is the issue?** | In some sunroof-equipped vehicles, the front sunroof drains can become blocked with moist debris. If this happens, water could leak into the passenger compartment. |
| **What will we do?** | Your authorized Volkswagen dealer will inspect, clean and modify the front sunroof drains.  This work will take less than one hour to complete and will be performed for you free of charge. Please keep in mind that your dealer may need additional time for the preparation of the repair, as well as to accommodate their daily workshop schedule. |
| **What should you do?** | Please contact your authorized Volkswagen dealer as soon as possible to schedule this service. To set up an appointment online, please visit www.vw.com/find-a-dealer. |
| | Please also ensure that you routinely inspect and maintain the sunroof. Refer to your vehicle owner's manual or your authorized Volkswagen dealer for additional information. |
| **Service Action Expiration Date** | This service action will be available for you free of charge **only until December 31, 2021.** If you wish to have this service performed after that date, your dealer's normal labor cost associated with this repair will apply. |
| **Lease vehicles and address changes** | If you are the lessor and registered owner of the vehicle identified in this action, please forward this letter immediately via first-class mail to the lessee within ten (10) days of receipt. If you have changed your address or sold the vehicle, please fill out the enclosed prepaid Owner Reply card and mail it to us so we can update our records. |
| **Can we assist you further?** | If your authorized Volkswagen dealer fails or is unable to complete this work free of charge within a reasonable time, or if you should have any questions about this communication, please reach out to us using your preferred method of communication at www.vw.com/contact or by calling us at 800-893-5298. |
| **Checking your vehicle for open Recalls and Service Campaigns** | To check your vehicle's eligibility for repair under this or any other recall/service campaign, please visit www.vw.com/owners/recalls and enter your Vehicle Identification Number (VIN) into the Recall/Service Campaign Lookup tool. |

We apologize for any inconvenience this matter may cause; however we are taking this action to help ensure that your vehicle continues to meet and exceed your expectations.

Sincerely,

Volkswagen Customer Protection

97.     The following day, VW revised the Service Action to update the criteria I.D. in claiming instructions.

98.     Each TSB, Tech Tip, communication, Service Action, and notice typically lists the affected models and model years, but each usually only states that it is applicable to one series of vehicles, either the Golf *or* the Atlas *or* the Tiguan, for example. Even if the same repair kit, part, problem, code, procedure, "fix" is at issue for multiple cars (*e.g.*, the Golf, Atlas, *and* the Tiguan), VW provides separate documents for each series. This compartmentalization is by design. VW knows that certain information provided about, for example, the Golf Alltrack could, and often times would, impact, for example, the Tiguan in the same manner. This is evident upon closer examination of the documents. The same repair kits, same parts, same problems, same language,

CLASS ACTION COMPLAINT

same procedure, and same "fixes" appear in reports relating to the Golf Alltrack as appear in reports relating to the Tiguan or even the Atlas.

99.     One example, is the sunroof drain hose drain valve which is discussed in both December 3, 2019 Service Actions – the one for the Atlas and the one for the Tiguan. Both letters, in describing the repair process, include the following two images depicting and describing the sunroof drain hose drain valve.



- Remove flaps from left front and right front sunroof drains.



**Removing sunroof drain flap:**

> ⓘ **NOTE**
>
> When working during extreme temperatures, it is recommended that the vehicle be allowed to acclimate inside the shop to avoid temperature-related component damage/breakage. Damage to plenum chamber covers will not be covered under this action.

- Carefully lift the plenum chamber cover approximately 15 cm.
- Reach in along the outer edge of the plenum chamber (between the wiper transmission and the plenum chamber on the left side).
- Carefully remove the red sunroof drain flap <arrow> downward off the sunroof drain.
- Repeat on the opposite side.

100.     As the image below depicts, this same part is used in the Golf Alltrack, Atlas, Beetle, e-Golf, Golf, Golf R, Golf SportWagen, GTI, SportWagen, and the Tiguan.



101.    When it comes to VW sunroofs the same parts are used across different models and used in different model years.

102.    Thus, VW's knowledge as to the sunroof Defect in one model vehicle or in a particular model year is evidence that VW knew or should have known about the Defect in other model vehicles or other model years with the same or substantially same sunroofs and parts.

103.    Based on these TSBs, Tech Tips, Communications with PROFI dealers, Communications with Dealers, Service Actions, and/or Special or Important Notices related to the defective nature of the Class Vehicles' sunroofs and their propensity to leak in addition to pre-production testing and design failure mode analysis, early complaints to dealers and warranty claims, replacement part orders, and complaints made to Volkswagen America and NHTSA discussed in more detail below, VW was aware of the sunroof Defect in the Class Vehicles but continued to misrepresent the safety, reliability, and ability to drive the Class Vehicles in any

weather, and further concealed the sunroof Defect and its effects from Plaintiff and Class Members.

104.    Plaintiff anticipates discovery will reveal additional internal documents, exclusively within the possession and control of VW, that demonstrate VW's knowledge and the extent of the cover up and concealment of the Defect from consumers.

### 2. VW's Recent Attempts to Notify Consumers and Offer Repair is Too Little, Too Late

105.    Some Class Members have received letters similar to the sample letters provided in the December 3, 2019 Service Actions. However, after initiation of this lawsuit in late December 2019, the letter sent out in March 2020 expanded the service action from being available on certain 2018-2019 model vehicles to certain 2015-2019 model vehicles. An excerpt of the March 2020 letter received appears below:

| | |
|---|---|
| **Dear Volkswagen Owner,** As part of Volkswagen's ongoing commitment to customer satisfaction, we are informing you of our decision to conduct a service action on certain 2015-2019 model year Volkswagen vehicles. Our records show that you are the owner of a vehicle affected by this action. | |
| **What is the issue?** | In some sunroof-equipped vehicles, the front sunroof drains can become blocked with moist debris. If this happens, water could leak into the passenger compartment. |
| **What will we do?** | Your authorized Volkswagen dealer will inspect, clean and modify the front sunroof drains. This work will take about one hour to complete and will be performed for you free of charge. Please keep in mind that your dealer may need additional time for the preparation of the repair, as well as to accommodate their daily workshop schedule. |
| **What should you do?** | Please contact your authorized Volkswagen dealer as soon as possible to schedule this service. To set up an appointment online, please visit www.vw.com/find-a-dealer. |
| **Service Action Expiration Date** | This service action will be available for you free of charge only until December 31, 2021. If you wish to have this service performed after that date, your dealer's normal labor cost associated with this repair will apply. |
| **Lease vehicles and address changes** | If you are the lessor and registered owner of the vehicle identified in this action, please forward this letter immediately via first-class mail to the lessee within ten (10) days of receipt. If you have changed your address or sold the vehicle, please fill out the enclosed prepaid Owner Reply card and mail it to us so we can update our records. |

106.    This, and similar letters, being sent out does not right the wrongs VW has committed.

24

107.    A limited number of customers will actually receive, read, and take advantage of the offer in the letter by the December 31, 2021 deadline.

108.    The offered inspection along with the cleaning and modification of the front sunroof drains is not a permanent fix to the Defect and VW has not informed Plaintiff and members of the Class of this.

109.    Further, VW only offers to clean and modify the front sunroof drains. Yet, the TSBs, Tech Tips, Communications with PROFI dealers, Communications with Dealers, Service Actions, and Special and Important Notices discussed above indicate that the Class Vehicles' sunroofs have a propensity to leak from several areas, not just from the front drains.

110.    Even if the front drains were the only area where leaking occurred, there would be no guarantee that the inspection and suggested modification would fix the Defect permanently.

111.    There have been numerous TSBs, Tech Tips, Communications with PROFI dealers, Communications with Dealers, Service Actions, and Special and Important Notices related to the defective nature of the Class Vehicles' sunroofs and their propensity to leak and the problem continues to persist.

112.    The letter also would not remedy the damage suffered by vehicle owners whose car has interior damage to the headliner, carpet, electronics, electrical functions, etc. as VW does not offer to repair or replace any such damage caused by the defective sunroofs.

113.    The letter also cannot remedy the damage suffered by vehicle owners whose cars previously leaked and required a sunroof repair/replacement and leak damage repair that the owner paid for out-of-pocket and/or through an insurance claim with a deductible.

### 3. Consumer Complaints Demonstrate the Extent and Magnitude of the Defect as well as VW's Knowledge

114.    Consumer complaints also demonstrate that VW knew or should have known of the Defect since at least 2016.

115.    Consumers complained publicly and directly to VW about the sunroof Defect and symptoms thereof via blogs, VW group websites, NHTSA, social media, and other forums.

### a. Examples of VW Forum Consumer Complaints.

116.     One VW group website demonstrates the sheer volume of consumers experiencing VW sunroof leaks, the frustration and lack of help from VW dealers, and the lack of any permanent solution to the problem. Indeed, a search for "Sunroof Leak" at forums.vwvortex.com, a website dedicated to VW owners and enthusiasts, returns a maximum 3,000 results.

117.     In an informal poll of MK 7 / MK 7.5 owners, 40.16 percent of respondents indicated that they had suffered leaks from their VW Sunroof.



15

118.     Users' posts on this site demonstrate that VW knew about the specific problems addressed in its TSBs, Tech Tips, and other documents for year(s) before issuing those documents to dealers.

119.     The following communications demonstrate that VW knew of and attempted to correct the sunroof Defect prior to September 2016. On September 13, 2017, user girottic stated, "picking up my Alltrack tonight after 1 ½ weeks at the dealer. This is the 3rd attempt at fixing the leak. Water stains and dampness appeared on headliner, down both 'A' pillars and around panel above rear view mirror after each fix." The user continued the post with a summary of the work and parts used. An excerpt of the post appears below:

---

15  https://forums.vwvortex.com/showthread.php?9301399-POLL-Has-your-MK7-MK7-5-pano-roof-leaked&highlight=sunroof+leak (last accessed 3.10.2020).

1st attempt: Unkink front drain lines
2nd attempt: Replace both forward drain lines and headliner
3rd attempt: " . . . sunroof outer seal was lose . . . replaced. . . (see part #s below)

| A | | SUNROOF/CONVERTIBLE IS LEAKING PLEASE INSPECT AND REPORT | | |
|---|---|---|---|---|
| 60VWZ | W | SUNROOF/CONVERTIBLE | | 0.00 |
| | Tech(s): 19552 | | | |
| | 5GM-867-501-J-ZA4 | 1 | ROOFLINING | |
| | 5GM-867-233-F-MUY | 1 | PILLARTRIM | |
| | 5GM-867-234-F-MUY | 1 | PILLARTRIM | |
| | 5G9-877-459-A | 1 | GASKET | |
| | D-009-401-04 | 1 | *CLEANER | |
| | Pts: | 1,114.78 Lbr: | 0.00 Other: | 0.00 Total Line A: |

Story: 18282  NOTICE WATER STAIN ON BOTH SIDE A PILLAR AND
HEADLINER. REMOVE ALL GRAB HANDLES, SUN VISOR AND HEADLINER.
PERFORM WATER LEAK TEST FOR HALF HOUR. NOTICE WATER LEAK
FROM OUTER SUNROOF SEAL. INSPECT OUTER SUNROOF SEAL. CONTACT
TECH LINE. VTA 2212065. FOUND SUNROOF OUTER SEAL WAS LOOSE
AND NOT ATTACHED TO THE BODY. REMOVE SUNROOF GLASS PANELS
AND SUNROOF FRAME. REMOVE OUTER SUNROOF SEAL. CLEAN ALL
ADHESIVE ON THE BODY. CLEAN BODY WITH CLEANER. REPLACED
OUTER SUNROOF SEAL. REINSTALL SUNROOF FRAME. REINSTALL GLASS
PANELS. ADJUSTED SUNROOF FRAME AND GLASS PANELS. PERFORM
WATER LEAK TESTED. REPLACED HEADLINER AND TRANSFER WIRING
HARNESS AND PARTS TO NEW HEADLINER. REPLACED BOTH SIDE
A-PILLAR TRIM. REINSTALL ALL REMOVED PARTS.  VC WBR.

[16] Two users responded to girottic's post on September 18, 2017. User iluvbugs1970 wrote,

> I have a '16 SEL (not an Alltrack). I had a leak and a horribly annoying rattle that was fixed in August. They had to remove the entire sunroof assembly from the car. VW says that there are metal pieces in the sunroof cutout that are sticking up high than they should be, and the sunroof frame cannot seal properly. So the metal was ground down, the areas refinished and the entire sunroof was put back together….

Veedubgti then responded that

> [t]he posted repair is exactly what they did to mine. It has been over a year now [sometime prior to September 2016] and I haven't observed anymore leaking (knock on wood). I must say though, every time it rains, when I get into my car, the first thing I do is look up. I have zero faith in the 'fix' but so far, so good. Again, knock on wood. My car was built in 12/15.[17]

120.   A little over a month after the original post, user girottic posted a post-repair update to inform the group that the repair had not worked and the sunroof was leaking again. On October 18, 2017, girottic wrote "And . . . . it's back. We haven't had much rain until this past week. Then this. [photo of damage] I spotted [water damage] above the passenger side window a couple of

---

[16] https://forums.vwvortex.com/showthread.php?8833009-Another-Pano-Roof-leak-(fixed-) (last accessed 3.23.2020).
[17] *Id.*

CLASS ACTION COMPLAINT

days ago. It's back to the dealer for the **4th time** next week. Awesome car, but this issue is infuriating."[18] (ellipse and emphasis in original).

121.   On June 22, 2019, user blbo posted expressing frustration with the sunroof leak Defect because this was the third time taking his/her vehicle into the dealer to attempt to address the issue. blbo's frustration was so great that he/she was considering implementing a DIY fix wherein he/she would seal the sunroof shut. Blbo suggests the car would be much better without the sunroof feature. blbo's full post was as follows:



[19]

122.   On December 16, 2018, user Houdinize posted sharing his/her personal story and seeking solutions as he/she "searched" but could not find that anyone had gotten their sunroof leak "fixed for good." Houdinize's full post was as follows:

---

18 *Id.*

19   https://forums.vwvortex.com/showthread.php?9323775-quot-Permanently-quot-sealing-a-leaky-sunroof&highlight=sunroof+leak (last accessed 3.10.2020).

CLASS ACTION COMPLAINT



20

**b. Examples of NHTSA Consumer Complaints**

123.    VW monitors customers' complaints made to NHTSA. Federal law requires automakers like VW to be in close contact with NHTSA regarding potential automobile defects, including imposing a legal requirement (backed by criminal penalties) compelling the confidential disclosure of defects and related data by automakers to NHTSA, including field reports, customer complaints, and warranty data. *See TREAD Act,* Pub. L. No. 106-414, 114 Stat.1800 (2000).

124.    Automakers have a legal obligation to identify and report emerging safety-related defects to NHTSA under the Early Warning Report requirements. *Id.* Similarly, automakers monitor NHTSA databases for consumer complaints regarding their automobiles as part of their ongoing obligation to identify potential defects in their vehicles, including safety-related defects. *Id.* Thus, VW knew or should have known of the many complaints about the sunroof Defect logged by NHTSA Office of Defect Investigation (ODI), and the content, consistency, and large number of those complaints alerted, or should have alerted, VW to the Defect. Upon information and belief, Volkswagen America monitors NHTSA complaints and responds to NHTSA inquiries and

---

20      https://forums.vwvortex.com/showthread.php?9275549-Has-anyone-had-a-water-leak-actually-fixed-My-3rd-VW-in-a-row-is-leaking!&highlight=sunroof+leak      (last      accessed 3.10.2020).

investigation as Volkswagen Global's designated agent in the United States.  As such, Volkswagen America has the right to request manufacturing and design information within the possession of Volkswagen Global.

125.    The following are examples of the many complaints from owners and lessees of the Class Vehicles concerning the sunroof Defect available through NHTSA's website. Spelling and grammar mistakes appear as in original. The date provided is the date reported by NHTSA and may or may not correspond with the actual date of incident.

    a.   <u>December 8, 2016 in a 2015 Golf Sportwagen</u>
MARCH 10, 2019 - BEGINNING ON 12/08/2016, MY VW HAS BEEN TO SERVICE FOR A LEAKING SUNROOF 4 TIMES (THE CAR WAS LESS THAN 3.5 YEARS OLD!). THE WATER HAS FILLED THE SPARE TIRE/SUBWOOFER WELL FULL, DRIPPED THROUGH THE LIGHTING AND ELECTRICAL SWITCHES OF THE ROOF, DRAINED INTO THE DASH AND SHIFTER AS WELL AS MY LAP WHILE DRIVING. AND IT PRESENTS SO MUCH MOISTURE IN THE CAR THE WINDOWS WILL NOT DEFOG WITH THE A/C ON. VW MAINTENANCE DEPARTMENTS ALWAYS BLAME ME FOR DEBRIS CLOGGING THE ROOF DRAINS. I'VE SINCE BEEN INFORMED OF TWO TSBS ON THIS ROOF ADDRESSING THE FLAWED ENGINEERING. ALL THE DEALERSHIPS HAVE DONE IS CLEARED MY DRAIN HOSES AND ON THE 4TH RETURN, PRESENTED A $1,600 BILL FOR REMOVING AND REPLACING MY DRAINS. I REFUSED THE REPAIR AND HAVE DUCT TAPED MY ROOF TO PREVENT FURTHER WATER DAMAGE UNTIL THIS MATTER IS FORMALLY RESOLVED. VW CUSTOMER CARE HAS REFUSED TO PAY FOR THIS SERVICE CLAIMING IT IS A MAINTENANCE ISSUE. GIVEN WHERE I LIVE, THE CALIFORNIA CENTRAL VALLEY, DURING THE FIRST THREE YEARS OF OWNING THIS VEHICLE, WE RARELY HAD RAIN. APPROXIMATELY EVERY 8 MONTHS THE CAR HAS BEEN TAKEN TO A VW DEALERSHIP TO ADDRESS THE LEAKING ROOF.

    b.   <u>July 1, 2018 on a 2017 VW Alltrack</u>
PANORAMIC SUNROOF LEAKS. HEADLINER I AND CARPET IS BADLY STAINED WITH VISIBLE MOLD GROWTH. PILLAR STAINING AS WELL. WATER LEAKS FROM DOME LIGHT AND SUNROOF CONTROL BUTTONS. WATER ALSO LEAKS INTO FOOT WELL. TAKEN TO TWO DIFFERENT DEALERSHIP WHO HAVE SAID THAT IT IS LIKELY THE SUNROOF DRAINS ARE BLOCKED BY DEBRIS AND REPAIR WOULD NOT BE COVERED BY WARRANTY. THERE IS NO WAY FOR THE CONSUMER TO ACCESS THE SUNROOF DRAINS TO KEEP THEM CLEAR, PARTICULARLY THE REAR DRAINS, WHICH ENTAILS DISMANTLING PART OF THE CAR. THIS IS A KNOWN ISSUE WITH MANY REPORTED COMPLAINTS BY OWNERS WITH A TECHNICAL SERVICE BULLETIN BEING ISSUED. PLEASE ENCOURAGE AN INVESTIGATION AND REPARATIONS FROM VW.

c.  November 4, 2018 on a 2017 VW Alltrack
PANORAMIC SUNROOF LEAKS WHEN DRIVING IN THE RAIN. WINDOWS FOG UP, STAINS HEADLINER AND MOISTURE WILL OVER TIME CAUSE MOLD IN VEHICLE. IN COLD TEMPERATURE FROZEN CONDENSATION OBSERVED INSIDE OF VEHICLE WINDSHIELD AND BACK WINDOW MAKING IT DIFFICULT TO SEE OUT.

d.  November 21, 2018 on a 2017 VW Alltrack
PANORAMIC SUNROOF LEAKS WATER INTO INTERIOR, CAUSING CONDENSATION ON ALL INTERIOR GLASS AND MAKING IT DIFFICULT/IMPOSSIBLE TO SEE OUT. THERE IS SO MUCH CONDENSATION THAT AC/DEFROST SETTINGS CANNOT REMOVE IT IN A TIMELY MANNER. IT TAKES SO LONG THAT ONE TRIES TO DRIVE EVEN BEFORE FULL OUTWARD VISION HAS BEEN RESTORED, INCREASING RISK GREATLY.

e.  November 14, 2018 in a 2018 VW Tiguan
PANORAMIC MOONROOF LEAKAGE.WATER DRIPPING INSIDE VEHICLE ABOVE HEAD ON REAR RIGHT SIDE AND GOING DOWN INTO SEATBELTS COMPARTMENT.VEHICLE WAS STATIONARY.WATER DRIPPING IINSIDE SEAT BELT COMPARTMENT IN MY OPINION MAY CAUSE SHORT SINCE SOME ELECTRICAL GOING THRU SAME COMPARTMENT.

f.  September 23, 2018 in a 2015 VW Golf Sportwagen
LEAKING PANORAMIC SUNROOF CAUSES MOISTURE AND MOLD ON THE INTERIOR OF THE VEHICLE. HAPPENED IN THE RAIN WHEN PARKED AND DRIVING.

g.  December 12, 2018 in a 2015 VW Sportwagen
PROBLEM NOTICED DECEMBER 12TH WHEN ONE BY ONE ALL THE WARNING LIGHTS CAME ON INCLUDING THE AIR BAG, THE STABILIZATION SYSTEM, THE HEADLIGHT SYSTEM AND OTHERS. THEN WHEN I STOPPED AT A RED LIGHT, THE CAR WOULD NOT SHIFT OUT OF 1ST GEAR. I ENDED UP HAVING TO HAVE MY VEHICLE TOWED BACK HOME. THE NEXT DAY A MECHANIC SCANNED IT AND SAID THERE WAS A PROBLEM IN THE EMITIONS SYSTEM WHICH DISABLED THE CAR BY MAKING IT NOT ABLE TO DRIVE. I THEN HAD IT TOWED TO THE NEAREST VW DEALER WHO TOLD ME THAT THE WHOLE PROBLEM, INCLUDING THE FAILURE OF THE SAFETY SYSTEMS, WAS CAUSED BY A LEAK IN THE SUNROOF. WATER RAN DOWN THE A-PILLER AND SHORTED SOME WIRING. THEY GAVE ME A PRINT OUT WHERE VW ADMITS THAT THIS IS THE RESULT OF A PRODUCTION DEFECT BUT THEY SAID THAT IF THE DEFECT WAS NOT FOUND BEFORE THE WARRANTY RAN OUT THAT VW WOULD NOT ALLOW IT TO BE FIXED UNLESS I PAID THEM OVER $1,0000. AS IT IS, I HAD TO PAY THEM $240 TO TAKE THE TRIM OFF OF THE A-PILLER AND DRY THE WIRING OUT. THIS MADE THE CAR RUN NORMALLY FOR THE TIME BEING BUT NOW I AM AFRAID THAT IT WILL HAPPEN AGAIN.

h.  September 27, 2018 2017 VW Alltrack
TL* THE CONTACT OWNS A 2017 VOLKSWAGEN GOLF ALLTRACK. THE CONTACT STATED THAT THE SUN ROOF WAS BLOCKED AND LEAKED WATER INTO THE VEHICLE WHEN IT RAINED. THE VEHICLE WAS

TAKEN TO VOLKSWAGEN OF THE WOODLANDS (855-436-0113, LOCATED AT 16785 INTERSTATE 45 SOUTH, THE WOODLANDS, TX 77385) WHERE IT WAS STATED THAT THE FAILURE WAS DUE TO NEGLIGENCE BY THE CONTACT. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE AND STOOD BY THE DEALER'S RULING. THE VEHICLE WAS NOT REPAIRED. THE FAILURE MILEAGE WAS APPROXIMATELY 23,000. *DT UPDATED 11/2/18*JB THE CONSUMER STATED THE MANUFACTURER ADVISED ANY TIME THE VEHICLE WAS DRIVEN THROUGH MUD IT WAS POSSIBLE FOR THE DRAINS TO BECOME BLOCKED, WHICH THE CONSUMER WOULD BE RESPONSIBLE FOR REPAIRING.

i. <u>May 14, 2018 on 2017 VW Golf Alltrack</u>
2017 VW GOLF ALLTRACK: HAVE HAD THIS CAR FOR FOUR MONTHS NOW AND JUST HAD THREE DAYS WORTH OF RAIN HERE IN MICHIGAN. THE FRONT OF THE HEADLINER IS COMPLETELY SOAKED ON BOTH A-PILLARS AND AROUND THE OVERHEAD CONSOLE OF THE VEHICLE. DEALERSHIP SAID IT WAS MORE THAN LIKELY WELDS THAT DIDN'T GET SMOOTHED DOWN AND THEREFORE PINCH THE TUBES THAT DRAIN THE TROUGH IN THE SUNROOF AREA NOT ALLOWING IT TO FLOW BACK INTO THE OPENING IN THE CAR. IN OTHER WORDS, VW SOLD ME A CAR WITH A KNOWN DEFECT! NOW I HAVE TO TURN MY CAR IN FOR SOME UNKNOWN AMOUNT OF TIME, HAVE THEM TEAR THE INSIDE APART, TAKE THE CAR TO A BODY SHOP AND HAVE THE BODY SHOP GRIND THE WELDS DOWN SMOOTH, THEN INSTALL A NEW HEADLINER IN THE CAR. THAT'S ALL GREAT (NOT REALLY), BUT WATER IS INCREDIBLY DESTRUCTIVE, SO WHAT ABOUT THE WATER THAT'S RUN DOWN THE A-PILLARS AND GOTTEN IN TO THE INSULATION IN THE DOORS? OR THE WATER THAT RAN LIKE A FAUCET OUT OF MY OVERHEAD CONSOLE THIS MORNING WHEN I STARTED DRIVING THAT DUMPED ALL OVER MY ELECTRONICS AND TRANSMISSION COLUMN? WHAT ABOUT THE POSSIBILITY OF WATER THAT WON'T BE LOOKED FOR IN THIS APPARENT FIX OF A KNOWN PROBLEM THAT THEN TURNS INTO BLACK MOLD THAT I AND MY FAMILY BREATH EVERY DAY FOR THE LIFE OF THE CAR?! THIS HAS TO BE CORRECTED AS THERE IS NO WAY THIS CAR SHOULD HAVE BEEN SOLD TO ME AND MY FAMILY WITH A KNOWN DEFECT.

j. <u>December 25, 2018 2017 VW Golf Sportwagen</u>
PANORAMIC SUNROOF IS LEAKING WATER IN MULTIPLE PLACES. WHILE VEHICLE IS STATIONARY AND EXPOSED TO RAIN OR SNOW THE INSIDE OF PASSENGER CABIN GETS FILED WITH WATER, SPECIFICALLY ON REAR RIGHT PASSENGER SIDE AND TRUNK AREA. THE SPARE TIRE COMPARTMENT GET FILLED UP WITH WATER EVERY TIME IT RAINS.

k. <u>July 28, 2018 on a 2016 VW Golf Sportwagen</u>
THE DRAIN ON RETRACTABLE ROOF BECAME BLOCKED. RAINWATER DRAINED INTO CAR SATURATING CARPETS. WATER FLOWED INTO CONTROL SYSTEM CAUSING AN EMERGENCY DASHBOARD ALERT TO STOP DRIVING IMMEDIATELY WHILE DRIVING ON HIGHWAY. THIS EVENT OCCURRED TWICE: FIRSTLY IN NEW YORK THEN TWO WEEKS LATER IN PA. VW SERVICE IN PA REPLACED CONNECTORS. VW

SERVICE IN BROOKLYN NY AND WESTCHESTER PA EXPLAINED THAT
THERE IS A DESIGN FAULT IN THE DRAINAGE SYSTEM IN THE
RETRACTABLE ROOF.

l.   October 8, 2019 2017 VW Alltrack
     TL THE CONTACT OWNED A 2017 VOLKSWAGEN GOLF ALLTRACK.
     THE CONTACT STATED THAT THE SUN ROOF LEAKED AND CAUSED
     MOLD TO FORM INSIDE THE VEHICLE. THE VEHICLE WAS TAKEN TO
     VOLKSWAGEN CLEAR LAKE (281-848-5500, LOCATED AT 15100 GULF
     FWY, HOUSTON, TX 77034) WHERE IT WAS DETERMINED THAT THE
     FAILURE RESULTED FROM THE OWNER'S NEGLIGENCE OF PROPER
     VEHICLE MAINTENANCE. THE MANUFACTURER WAS MADE AWARE
     OF THE FAILURE AND SUPPORTED THE DEALER?S CLAIM. THE
     CONTACT WAS INFORMED TO TAKE THE VEHICLE TO THE
     INSURANCE COMPANY. THE INSURANCE COMPANY TOTALED THE
     VEHICLE, STATING THAT IT WAS UNSAFE TO DRIVE. THE FAILURE
     MILEAGE WAS 11,000. THE VIN WAS NOT PROVIDED.

m.   September 20, 2019 on a 2017 VW Alltrack
     I AM SEEING WATER STAINS ON MY HEADLINER AROUND THE ENTIRE
     PANORAMIC SUNROOF. THERE IS WATER SOAKING THE CARPETS ON
     THE FRONT AND REAR PASSENGER CARPETS. THERE IS ALSO A
     MUSTY SMELL DUE TO THE STANDING WATER THAT HAS BEEN
     LEAKING FROM THE SUNROOF.

n.   April 30, 2019 on a 2017 VW Alltrack
     THIS PAST SPRING I NOTICED THE CAR'S HEADLINER WAS WET AND
     STAINED. IT THEN BEGAN TO DRIP COPIOUS AMOUNTS OF WATER
     INTO THE VEHICLE DURING HEAVY RAINSTORMS. THE CAR IS ONLY
     A YEAR AND A HALF OLD AND HAS 20,000 MILES. BUT THERE ARE
     WATER STAINS EVERYWHERE AND IT WILL BE A MOLD ISSUE SOON,
     I'M AFRAID. TOOK IT TO THE DEALER, THE CAR IS UNDER WARRANTY.
     THEY SAID IT'S A MAINTENANCE ISSUE, NOT A WARRANTY ISSUE
     BECAUSE THE DRAINS THAT RELEASE THE WATER FROM SUNROOF
     ARE ALL BLOCKED WITH DEBRIS. DEALER FIRST ASKED ME IF I HAD
     JUST SIMPLY LEFT THE SUN ROOF OPEN AND WAS VERY
     PATRONIZING, BY ASKING ME IF THERE WAS JUST A LEAF STUCK UP
     THERE, CALLING ME HUNNY OVER THE PHONE. I TOLD HIM NO,
     SOMETHING WAS WRONG AND WE DROPPED IT OFF. $600 TO CLEAR
     DRAINS. WE REFUSED BECAUSE WE FOUND MANY OTHER PEOPLE
     EXPERIENCING THE SAME PROBLEM WITH THE SAME CAR AND
     THERE IS A TECHNICAL SERVICE BULLETIN FOR THE PROBLEM. WE
     READ THE VW HELPED COVER THE COSTS FOR MANY PEOPLE SO WE
     CALLED VW CUSTOMER CARE. I ASKED FOR A BUYBACK OR FOR
     THEM TO FIX THE CAR. THEY CALLED ME BACK SAYING THERE WAS
     NOTHING THEY COULD DO AND REFUSED TO ADMIT THIS IS A
     DEFECT IN THE DESIGN OF THE CAR. EVEN IF I JUST GOT THE DRAINS
     CLEARED, THERE WAS STILL DAMAGE DONE BY THE
     "MAINTENANCE" NOT BEING TAKEN CARE OF. "MAINTENANCE" THAT
     WE KNEW NOTHING ABOUT AND THERE IS NOTHING IN THE OWNER'S
     MANUAL ABOUT CLEARING THE DRAINS UNTIL AROUND 40,000
     MILES. I WAS ASKED IF I PARKED UNDER TREES. WELL, YEAH, WE
     CAMP A LOT. THIS CAR IS ADVERTISED AS AN ADVENTURE CAR. I
     ALSO DON'T HAVE THE LUXURY OF PARKING IN A GARAGE. I'M A

TEACHER. I WORK HARD TO MAKE CAR PAYMENTS, BUT I BOUGHT BRAND NEW CAR NOT KNOWING I WOULD NEED TO BE SPENDING HUNDRED UPON HUNDREDS OF DOLLARS TO "MAINTAIN" SUNROOF DRAINS. THE CAR IS CURRENTLY AT ANOTHER DEALER AND THEY WANT NUMBERS IN THE THOUSANDS TO FIX THE WATER DAMAGE.

o.  May 4, 2019 on a 2017 VW Alltrack
    ROOF/SUNROOF LEAKING CAUSING STAINED HEADLINER AND WET CARPETING. VEHICLE SMELLS OF MOLD AND MILDEW AND CAUSES EXCESSIVE CONDENSATION ON WINDSHIELD. VW DEALERSHIP IN FAIR LAWN NJ ATTEMPTED REPAIR BY REPLACING SUNROOF DRAIN TUBES BUT DID NOT RESOLVE THE ISSUE. NEW LEAKS HAVE DEVELOPED AND DEALER SERVICE IS UNCLEAR WHERE OR WHAT IS CAUSING THEM. AS OF 6/12/2019 DEALER IS ATTEMPTING SECOND REPAIR STATING THE SUNROOF FRAME NEEDS TO BE REPLACED. UNSURE IF THIS WILL RESOLVE THE ISSUE.

p.  October 10, 2019 in a 2018 VW Tiguan
    WATER LEAKS FROM SUNROOF AND DOORS. WATER FROM THE ROOF LANDS OF START ENGINE BUTTON. FLOORS FLOODED WITH WATER MAKES FOOT SLIPPERY.

q.  September 21, 2019 in a 2018 VW Tiguan
    PANORAMIC SUNROOF DEFECTIVE AND CAUSED MAJOR LEAKAGE OF WATER INTO VEHICLE. IN ADDITION, IT SEEMS LIKE CHEMICALS POSSIBILITY FROM WINDSHIELD FLUID LEAKING INSIDE VEHICLE. THIS RESULTED ON BLACK MOLD TO DEVELOP THROUGHOUT THE VEHICLE. ALL CARPETS REPLACED ON MY VEHICLE; HOWEVER, EXTREME FOUL CHEMICAL ODOR CONTINUES IN THE INTERIOR AND MAKES IT DIFFICULT TO BREATH. THE DEALER HAS MY VEHICLE FOR MORE THAN 9 DAYS AND STILL NO RESOLUTION. ISSUE STARTED WITH LESS THAN 1 YEAR OF OWNERSHIP OF THIS BRAND NEW CAR. EVEN WHEN VEHICLE IS PARKED ON MY DRIVEWAY WITH WINDOWS CLOSED YOU CAN SMELL THE CHEMICAL ODOR AROUND THE VEHICLE. FIRST OCCURRENCE REPORTED ON 7/3/19 AND NO RESOLUTION. SECOND OCCURRENCE: 9/21/19 AND STILL ONGOING.

### c. Examples of Facebook Consumer Complaints

126.    Customers complained on Facebook directly to VW via VW's Facebook Page. Examples of those consumer complaints include the following:

a. On May 19, 2016, Annette Leigh explained her 2016 Tiguan woes to VW, among them, a "shower" she had in her car that the VW dealer confirmed was a "leak in [her] sunroof." Ms. Leigh's full post was as follows:

 **Annette Leigh** ▶ **Volkswagen** 
May 19, 2016 · 🌐

Spent time at the Volkswagon dealership again yesterday to address ongoing problems with my 2016 Tiguan. Service Manager and staff were great, but called this morning confirm the shower I had was a leak in my sunroof....just as I thought. The Service Manager is replacing the fuel system to try and address the whining sound that's been there from day one, but really isn't sure what's causing this. New transmission, new fuel system, leaky sunroof which I'm sure will affect electrical going forward.

Volkswagon...REPLACE THIS VEHICLE! Take care of your loyal customers that have supported you through your TDI scandal...this is my 3rd Volkswagen purchase.

Annette Leigh

#Volkswagon#Carproblems#Tiguan#Carreviews

👍 1

b. On July 1, 2017, Stephen Thaddeus Piorkowski complained to VW on its Facebook Page about his Tiguan's leaky sunroof which "fills" his car "with water" and causes the car to be "moldy." Mr. Piorkowski's full post was as follows:

 **Stephen Thaddeus Piorkowski** ▶ **Volkswagen** 
July 1, 2017 · 🌐

Do not by Volkswagon our Tiguan sunroof leaks and Volkswagon could not care about any way of helping us fix the problem . Our car fills with water and is moldy , Never again Volkswagon is Europes version of Chrysler — with Geraldine Reitz and 7 others.

 3

CLASS ACTION COMPLAINT

    c.   On July 9, 2017, Meka Valmadre directly reported to VW about the constant issues she was experiencing with her new Tiguan. She had already had the sunroof replaced and she then experienced leaking. The sunroof caused multiple trips to the dealer and she was left without a solution or answers. VW actually responded to Meka's complaint and demonstrates knowledge and receipt of this consumer issue. Ms. Valmadre's full post was as follows:



Hi, I have been waiting for 3 weeks for the service team at Springwood Volkswagen to call me back about an issue with my new Tiguan. It has already had the sunroof replaced and now the car is leaking. I have had it back to the dealership 2 times and then contacted them again 3 weeks ago about it leaking again.

They said that they would call me back as they were seeking further advice. I was told on 2 occasions when I called during the last 3 weeks that someone would call me backbut have not had a call back.

I am really pissed off and disappointed at the lack of service and consideration given. I have 2 small kids and paid for my car seats to be installed and have basically wasted my money as I have had to swap them out 4 times now.

If it was a fridge I would have been given a replacement or a refund by now. It is ridiculous how I have been treated and I just want a solution. Just a simple returned call to give me an update at the start would have been appreciated.



CLASS ACTION COMPLAINT

d.  On October 11, 2018, Laura Oconnor contacted VW America explaining that the panoramic sunroof leak in her daughter's Tiguan floods the car, has caused mold, and presents safety and health risks. Ms. Oconnor explains that VW has known of this issue and fails to correct it – "VW does not care." VW did not publicly respond to Ms. Oconnor, but the comments indicate that VW's response was to merely block Ms. Oconnor in an attempt to ignore her and not address the issue.



CLASS ACTION COMPLAINT

e.  On December 21, 2018, Anne Lowry wrote directly to VW about her Tiguan's panoramic sunroof letting water "get[] in all over the car." After the frame and drain tubes were replaced by the VW dealer, at Ms. Lowry's expense, Ms. Lowry experienced a steady leak when taking her car through the car wash. She was informed this was a drain failure in the sunroof and it would not be covered under warranty. She states that VW knows there is a problem with the sunroofs, but "Volkswagen of America would rather screw people out of money than admit this and deal with it properly." Ms. Lowry's full post was as follows:



**Anne Lowry ▶ Volkswagen** ✔
December 21, 2018 · 🌐

Today is December 21, 2018. I have a 2012 Volkswagen Tiguan with a panoramic sunroof. In March of this year water was getting in all over the car. Smith Volkswagen, in Wilmington, Delaware, said this was due to a cracked sunroof frame. They charged $2139.34 to replace the frame and the drain tubes. The car only had 46K miles on it at the time. No offer to make it right or anything. Early last week, only 9 months later I went through a car wash. Water leaked in from the roof, to the left of the sun-visor, in a steady stream, straight down into my lap. My shirt, pants and seat were soaked. Today was the first available appointment time, so I took the car in thinking whatever the problem was, it would be covered. I get a call telling me one of the drains failed and the repair cost is $500. Not covered because I put about 20K miles on the car since March. It would have only been covered if I had driven under 12K miles since March. The person who called to tell me this acted like this was no big deal. I got really upset. Another $500 on top of what they already charged??? There is a major issue with these sunroofs. It is clearly a design flaw, but Volkswagen of America would rather screw people out of money than admit this and deal with it properly. Funny that the car the shuttle driver used to take me home after I dropped my car off was a brand new Tiguan and as I was telling him why my car was in the shop, water began to leak from the middle of the roof, just above the touch screen, so years have gone by and Volkswagen still hasn't figured out how to make a better sunroof which drains properly. I couldn't believe the new one was doing the same thing my car was in for, for the second time. So after I got really upset and the service manager kept telling sorry it's not covered, he said they would cover the labor and I would have to pay for parts. $170 for two drain tubes. I said I don't have it. He said they would put the car back together and I could come get it, and when I was willing or ready or whatever he said to pay for the parts, to come back and get it fixed. Like I would ever go back there. Oh and since I got upset and used curse words I was told I would get more bees with honey. Seriously? I don't know anyone who wouldn't be angry and upset about this happening. The guy that first called me to tell me what the problem supposedly is and the price for to get it fixed acted like this was no big deal. Sure only $500 MORE and your car won't leak. I am beyond disappointed. Thanks a lot VW of America and Smith VW.

38

127.    These are only a sampling of Facebook complaints relating to certain VW model cars. Consumers made similar complaints about other Class Vehicles.

### d. Additional Consumer Complaints about the Tiguan

128.    Consumers reported leaks in their Tiguans for years and compared the leaks to those seen in the Golf Alltracks and the same leaks VW sunroofs have displayed for decades.

129.    On July 1, 2011, Henri S. posted her sunroof leak problem and how the local dealer had seen numerous examples of the problem, relating to clogged drains.

| #2 | Tiguan 2.0L<br>Automatic transmission    40,000 miles | Jul 01<br>2011 |
|---|---|---|

Noticed water stains surrounding panoramic sunroof ... the interior of this car has never seen rain or any leak from the outside. The dealer says that the VW sunroof(s) and particularly the panoramic roof either has small leaks or condensation develops from the AC and doesn't drain properly resulting in the staining of the interior roof fabric. The local dealer says he has seen "numerous" examples of this problem. This dealer recommends clearing the roof drains every year ... $50 charge.

The "clearing out of the drains" (presumably low pressure air) is NOT a VW recommended service. The problem can't be anticipated. When the drains fail, water builds and the fabric stains either quickly or over time. One day you look up and there is a problem.

The most recent occurrence was a 7 hour drive in July which featured max AC most of the way with a 30 minute heavy rain storm on the freeway. The roof was tightly shut. The front portion near the windshield (passenger side) was sopping wet at the end of the drive. My trip to the service department for a drain cleaning revealed that the drains were open ... huh? Maybe the connections are leaking. Anyway, no satisfaction from the VW national complaint service. I can't verify that the problem started before the warranty expired.

Guess I am stuck with future leaks unless Tiguan owners start reporting this obvious design or manufacturing defect.

- **Henri S.**, West Chester, PA, US

21

130.    On September 3, 2014, user Jeff2 wrote, "I know a co-worker who's had their relatively new VW Tiguan in for service several times due to their sunroof leaking. I think in their case it was the drain tubes which were not working correctly."[22]

---

[21] https://www.carcomplaints.com/Volkswagen/Tiguan/2009/windows_windshield/sunroof_leaks.shtml (last accessed 3.27.2020).

[22]    https://www.newbeetle.org/threads/help-sunroof-drain-recall-and-damage-not-being-covered-by-vw.93698/ (last accessed 3.27.2020).

CLASS ACTION COMPLAINT

131.     On January 30, 2016, user Chelsea wrote that she had just taken her car into a VW dealer to be serviced and address a leak. The dealer "cleared out the front drainage points on the sunroof" but did not clean up the water from the leak. She pleads to know how to "prevent this happening [] again?"



**Chelsea**
Registered

Joined Jan 30, 2016
1 Posts

✔ Discussion Starter  •  #1  •  Jan 30, 2016

Hi,

Newby to the forum/club....please be gentle with me!

I have just have had my Tig serviced and commented to the dealership that I seem to have a leak somewhere as I have noticed a few drops of water on the rubber mats. When I collected it they said that they had cleared out the front drainage points on the sunroof and that I might want to find an "Aqua Vac" to soak up the extra water on the carpet. I said ok but it wasn't until the next day when I had a look that the "extra water" was in fact 2cm of water under the carpet!!!.....front and back!

I have soaked it up with towels and will see if I can lock the car away somewhere with a de-humidifier for a few weeks to suck up the rest!

How can I prevent this happening this again? I can see how to clear out the front drainage points but how the hell do I get to the back tubes?

This is ridiculous!

HELP....please!!

23

132.     On April 14, 2016, Ahmed T. reported that his Tiguan experienced a leak from his sunroof, the VW dealer diagnosed the sunroof drains as clogged, but because he was outside of his warranty period, the cost would be $2,500-3,500 to repair the leak and related damage. Ahmed contacted VW directly. VW refused to accept responsibility. Ahmed then did research and discovered that VW had settled a sunroof leak class action suit, but it did not cover his model vehicle. He was surprised that given the class action settlement, VW would not take responsibility for the leak in his vehicle, because "the design of all these sun-roofs are similar. Definitely the description of the problem is identical…Why would the drains be designed an[y] different?"

---

23 https://www.volkswagenownersclub.com/threads/tiguan-panoramic-roof-leak-2010-2-0-match-diesel.92290/#post-645874 (last accessed 3.27.2020).

CLASS ACTION COMPLAINT

**#4**   **Tiguan SUV**   Automatic transmission   90,000 miles

APR 14 **2016**

ADVERTISEMENTS

My car was full of water after a hard rain- I took it to the VW dealer and he diagnosed that the sun-roof drains were plugged and the sun-roof lining was damaged. Only to fix the cause of the leak ( unplug the drains and replace them) cost about 1250 dollars. He needed to also replace all the lining that was damaged, take out the car seats and dry the interior. Some of the damage cannot be foreseen because of the negative effects of water on the electric system and auto and power system in general. To do a fine job he estimated 2500 to 3500 dollars.

I called VW manufacturer (800) 822-8987 and they did not accept to take responsibility of the problem. I searched and found the Dewey class action suit but does not include Tiguan 2009. I expect that the design of all these sun-roofs are similar. Definitely the description of the problem is identical to other models including the new Beetle 2009. Why would the drains be designed ant different. How can I get my right, I feel I am cheated because a leaking car at 90000 mile of service is unheard of except with VW. Used cars as old as 15 years don't leak. Please help !!!!

- **Ahmed T.**, Metairie, LA, US

24

133.    On April 4, 2017, user 40acres, in a post titled "2012 Tiguan Rear sunroof drains" asked if anyone had schematics of the rear sunroof drain in the 2012 Tiguan. He explained that his/her car had wetness and "[t]he front drains have been cleaned out," but wanted to check the rear ones.[25]

---

[24] https://www.carcomplaints.com/Volkswagen/Tiguan/2009/windows_windshield/sunroof_leaks .shtml (last accessed 3.27.2020).

[25] https://forums.vwvortex.com/showthread.php?8571137-2012-Tiguan-Rear-sunroof-drains (last accessed 3.27.2020).

CLASS ACTION COMPLAINT

134.    On May 5, 2017, one user posted online that his or her Tiguan sunroof was leaking and one week after the alleged repair, the leak appeared again making the vehicle's headliner wet. The user's full post appears below:



**ILoveMyTiguan**
Registered
Joined Sep 12, 2012
4 Posts

✔ Discussion Starter · #1 · May 5, 2017

I noticed the headliner above my front passenger side was wet after the car had been sitting in the heavy rain for quite a few hours. So I took it to the shop and this is what they did:
Inspected sunroof drain nipples in clow, ok, not clogged. Dropped front portion of headliner and pour water in the drainage channel. Found when very full water ingresses near sunroof cable guide tube. Sealed using butyl sealing cord and tested. No leaks present. Suspect a minor crack in the sunroof frame. If water ingress continues, a new sunroof frame is required.

Now Its been a week after I picked up the car from the shop, and the headliner is wet again. It has been raining non stop for past two days. I hate to replace the whole frame, which will cost about 3k, until I exhaust all other options first. I don't see any crack and neither did the mechanic. They said they were following the protocol: first try the sealant, if does not work, then it must be the crack in the frame. Any ideas/suggestions?

💬 Reply                                                      🔖 Save    ⬦ Share

In response to this post, user blazrco stated on June 15, 2017, that his/her Tiguan suffered from leaks and another Tiguan owner was experiencing the same issue.



**blazrco**
Registered
Joined Jun 15, 2017
1 Posts

#2 · Jun 15, 2017

I also have a leak in sunroof and in the same place as yours. Fortunately it only leaks when taken through a high power car wash. Another Tiguan owner has the same issue, he applied Flex Seal (the TV adverted stuff) to the front portion of the sunroof. He said that the roof has not leaked since. I haven't tried that yet, but thought I would pass it on.

💬 Reply                                                      🔖 Save    ⬦ Share

26

---

26              https://www.volkswagenownersclub.com/threads/tiguan-sunroof-leak-please-help.110042/#post-702586 (last accessed 3.27.2020).

CLASS ACTION COMPLAINT

135.     On July 26, 2018, user SASF1 posted a photo showing a leak in his/her vehicle titled "2018 tiguan leaking from here?!" and stated, "[d]oes anyone have this? We've had monsoon rains in the mid atlantic, but I'm having lots of leaking from here?"



Several users responded to SASF1's post with comments and similar experiences with their vehicles (*e.g.*, "'13 Jetta wagon," "2016 GTI"). Of particular note, is user donrobson's post who said this same "exact occurrence" happened to a 2018 Tiguan that he had driven.

[–] donrobson   '18 Tiguan SEL   2 points 1 year ago
I saw this exact occurrence on a White 2018 Tiguan SEL that I test drove for a weekend. Well, it was on the other side. And it had a sunroof. I told the sales guy and he said it was probably that tube and that it would be checked but who knows if it was checked.
I bought a different one and haven't had any issues.

CLASS ACTION COMPLAINT

User b0bc joined the discussion to comment that this "has happened to almost every VW model for like [the past] 20+ years" and described how his wife's 2009 Tiguan also suffered from a sunroof leak.

[–] **b0bc**  7 points 1 year ago
This is the most infuriating thing as this has happened to almost every VW model for like 20+ years. I don't understand how they can't just make drains that don't fall apart after 2 weeks. My wifes Tiguan (2009) I actually dropped the entire headliner and got brass connectors and replaced all the stupid rubber things they use that leak straight from the factory.
Here is a similar fix:
http://www.forums.tdiclub.com/showthread.php?t=444922

User SRTie4k explained that the same Defect has affected the Golf Alltrack.

[–] **SRTie4k**  3 points 1 year ago
This has been an ongoing issue for Alltrack owners as well. As someone else mentioned here, blocked and/or pinched drain tubes is usually the culprit.
Take your vehicle to the dealer, as they're going to have to replace your headliner as well.

[27]

136.    VW knew or should have known about these and other consumer complaints as they were made directly to VW, consumers filed warranty claims, dealers informed VW, and/or the complaints were posted on cites that VW monitors as a part of industry practice, such as NHTSA.

137.    If Plaintiff and Class Members had known about the Defect at the time of the sale or lease, Plaintiff and Class Members would not have purchased or leased the Class Vehicles or would have paid less given the Defect.

**C.  VW's Deceptive Warranty Practices**

138.    VW offers a minimum 3 year/36,000 mile New Vehicle Limited Warranty on all of its cars.[28]

139.    VW warrants to make "any repair to correct a defect in the manufacturer's material or workmanship."[29]

---

[27] https://www.reddit.com/r/Volkswagen/comments/9238sr/2018_tiguan_leaking_from_here/?sort=old (last accessed 3.26.2020).

[28] https://www.vwannarbor.com/warranty-information.html (last accessed 12.20.2019).

[29] *Id.*

CLASS ACTION COMPLAINT

140.    VW broadened its warranty for its Atlas and Tiguan and then "[b]uilding on the success of the new Atlas and Tiguan's guarantee," VW introduced "the People First Warranty" which "comes standard on all 2018 [and 2019] Volkswagen models, with the exception of the electric 2018 [and 2019] e-Golf."[30]

141.    The People First bumper-to-bumper New Vehicle Limited Warranty is a 6 year/72,000 mile warranty.[31]

142.    The new People First Warranty was introduced "to win back American customers" after the company "struggle[ed]" "since it admitted in 2015 [that] the company installed secret software that allowed vehicles to cheat emissions tests for six years."[32]

143.    The People First Warranty was touted as "the best SUV Bumper-to-Bumper Transferable Warranty in America!"[33]

144.    The Executive Vice President of Sales and Marketing for Volkswagen Group of America stated that "VW has always stood for strong value, and this warranty proves our commitment to that goal" and "[n]ow" people "don't have to buy a luxury car to get a luxury-level warranty."[34]

145.    VW's CEO of the North American Region claimed "VW is the people's car, and

---

[30]    http://newsroom.vw.com/vehicles/volkswagen-unveils-the-people-first-warranty-the-new-industry-leader/ (last accessed 12.20.2019); *see also* https://www.cars.com/articles/volkswagen-nixes-6-year-warranty-what-shoppers-need-to-know-407046/ (last accessed 12.20.2019) ("Effective for the 2018 and 2019 model years across virtually the entire Volkswagen lineup, the outgoing warranty furnished bumper-to-bumper coverage (including powertrain) for six years or 72,000 miles, whichever comes first….It's also fully transferrable with no loss in coverage" to subsequent owners.

[31]    *Id.*

[32]    https://www.cnbc.com/2017/04/12/volkswagen-offers-6-year-warranty-to-win-back-us-customers.html (last accessed 12.20.2019).

[33]    https://www.vwannarbor.com/warranty-information.html (last accessed 12.20.2019).

[34]    http://newsroom.vw.com/vehicles/volkswagen-unveils-the-people-first-warranty-the-new-industry-leader/ (last accessed 12.20.2019).

CLASS ACTION COMPLAINT

this warranty puts our people first"[35]—it "addresses the needs of American buyers head-on."[36]

146.    VW advertised the 2018 Tiguan as being accompanied by "America's Best SUV Bumper-to-Bumper Transferable Warranty" referring to the 6 year/72,000 mile warranty.

 

147.    Plaintiff and Class Members experienced damage from the Defect within the respective warranty periods of their vehicles.

148.    VW was aware of the Defect prior to Plaintiff and Class Members purchasing their Class Vehicles and experiencing damage as a result of the Defect in their vehicles.

149.    VW chose not to inform Plaintiff and Class Members of the Defect prior to their purchase of the Class Vehicles and VW chose not to inform them of the Defect while under warranty.[38]

150.    Despite knowing about the sunroof leak issue and issuing a TSB to repair the sunroof in the event of a water leak, VW stated that the repair was only to be done in response to a "customer complaint" about the issue – so no preventative measure would be taken – and that if the "[v]ehicle [is] outside any Warranty" then the "Technical Bulletin is informational only." *E.g.*, September 28, 2016 TSB.

151.    Plaintiff and Class Members reasonably expected that any and all damage that

---

[35] *Id.*

[36]        https://www.cnbc.com/2017/04/12/volkswagen-offers-6-year-warranty-to-win-back-us-customers.html (last accessed 12.20.2019).

[37]   2018 Tiguan brochure available at https://www.leithvwraleigh.com/volkswagen-brochures-pdf.html (last accessed 12.20.2019).

[38] While VW recently sent out letters regarding an available repair, VW did not disclose that the issue being addressed is a defect and the majority of purchasers are no longer under warranty.

resulted from the Defect would be covered under warranty, and that they would not be charged for necessary repairs.

152.    VW has systematically denied coverage and/or refuses or is unable to adequately repair the Class Vehicles with respect to the defective sunroofs.

153.    Class Members have been forced to incur substantial repair bills and other related damages, including being forced to make claims under their automotive insurance policies and incurring substantial deductibles.

### D. VW's Deceptive Advertising Practices

154.    In addition to VW's failure to disclose the Defect; failure to warn of the Defect; omissions as to the Defect; and deceptive warranty statements, VW also engaged in a deceptive advertising campaign.

155.    For example, VW advertised that "[t]he Golf Alltrack has the features needed to stay in touch with the tech you love."[39]

156.    When in reality, VW provided the Golf Alltrack with a defective sunroof prone to leak which can result in damage to the electrical components within the vehicle (*i.e.*, "the tech you love.").

157.    VW touted that it got a "high-five" from NHTSA "for high performance" "earn[ing] a 5-star overall safety rating."[40]

158.    The reality is that the Class Vehicles' safety performance is lacking given the dangers posed to drivers, passengers, and others on the roads due to the Defect.

159.    VW advertised "the Golf Alltrack [a]s a fun-to-drive, ready-for-adventure, über-versatile wagon,"[41] when in reality, it is not fun to drive a vehicle that is prone to leak.

160.    Plaintiff and Class Members describe the problems involved with driving a leak-

---

[39]    https://www.vw.com/content/dam/vwcom/brochures/2017/VWA_MY17_Alltrack_Digital.pdf (last accessed 12.20.2019).
[40]    *Id.*
[41]    *Id.*

prone vehicle like the Class Vehicles.

161.    VW states that with the Golf Alltrack one can expect "[s]moother sailing, even on rough terrain and in inclement weather." VW claims that the Golf Alltrack is engineered to handle "rough road conditions and inclement weather."  VW represents that it is "a car designed for the outdoors" and "ready for almost anything."[42]

162.    In reality, the Class Vehicles, including the Golf Alltrack, are not ready for any adventure if rain or other precipitation are involved.

163.    VW represents that the Golf Alltrack is designed to "help weather the storms," "[h]elp[] you stay out of trouble," and "check[] all the boxes."[43]

164.    This is simply not true as Plaintiff and Class Members cannot weather storms in their Class Vehicles without risking and/or suffering injury to themselves, others, their vehicles, or other physical property.

165.    Plaintiff and Class Members cannot even weather a carwash.

166.    Due to the defective nature of the sunroof, the car brings trouble and diminution in value to all owners and lessees due the Defect.

167.    A reasonable consumer would expect that to "check all the boxes," a vehicle with a sunroof would not suffer from a leak Defect that the manufacturer refuses to properly and permanently remedy.

168.    Aside from these examples of misleading individual statements, the advertising campaign for the VW Golf Alltrack focused on how well the car was equipped for the outdoors and adventure.

169.    The brochure for the 2017 Golf Alltrack features photographs of the vehicle parked next to mountains, near a campsite, by a lake, driving through the woods, and making its way through the mud. It also includes a photograph of a couple snowshoeing. The brochure imparts a vision of "[t]aking a detour off the highway to traverse previously uncharted territories…. Scenery.

---

[42] *Id.*

[43] *Id.*

CLASS ACTION COMPLAINT

Fresh air. Tranquility.";   "looking for adventure off the beaten path"; "a car designed for the outdoors"; "sporty," "rugged," "all-wheel adventurer"; "[t]he great outdoors meets the great indoors." VW stated that "[w]hether you're exploring new pavement or taking a detour onto a dirt road, the Golf Alltrack is the key to unlocking destinations that were once out of reach." It "was designed to take the road less graveled. No matter how you adventure, it's safe to say you'll be doing so with a turbocharged smile on your face."[44]

170.    VW also released a series of commercials designed to show off "the rugged build" and "the sporty style and performance [of the Golf Alltrack]…[that could take drivers] on excursions that [take] them off the beaten path."[45] The commercials are titled "Foggy Road,"[46] "Snowy Road,"[47] "Mountain Bike,"[48] "Snowboard,"[49] "Salmon,"[50] and "Terrarium"[51] meant to convey that the Alltrack is "built for adventure."[52]

171.    The Class Vehicles are not equipped for this type of rugged adventure given their Defect and Plaintiff and Class Members whose Class Vehicles have already experienced leaks are not adventuring with or smiling because of their vehicle. Instead, they are dealing with the aftermath of the Defect and dreading driving their vehicles in rain, inclement weather, or through

---

[44] *Id.*

[45] https://www.neftinvw.com/blog/2017-volkswagen-golf-alltrack-commercials/ (last accessed 12.20.2019).

[46] https://abancommercials.com/ad/9189/volkswagen-golf-alltrack-foggy-road-commercial-tv-spot (last accessed 12.20.2019).

[47] https://www.ispot.tv/ad/Auzk/2017-volkswagen-golf-alltrack-snowy-road (last accessed 12.20.2019).

[48] https://www.ispot.tv/ad/AFN7/2017-volkswagen-golf-alltrack-mountain-bike-song-by-joywave (last accessed 12.20.2019).

[49] https://www.ispot.tv/ad/AFNL/2017-volkswagen-golf-alltrack-snowboard-song-by-powersolo (last accessed 12.20.2019).

[50] https://www.ispot.tv/ad/A_Nw/2017-volkswagen-golf-alltrack-salmon (last accessed 12.20.2019).

[51] https://www.ispot.tv/ad/AECb/2017-volkswagen-golf-alltrack-terrariums-song-by-eddie-rabbitt (last accessed 12.20.2019).

[52] https://www.neftinvw.com/blog/2017-volkswagen-golf-alltrack-commercials/ (last accessed 12.20.2019).

a car wash.

172.    VW made similar representations about the 2018 Tiguan.

173.    For example, VW represented that, with the Tiguan, "[o]n a variety of roads and in challenging conditions, you can be confident and comfortable,"[53] a driver will have "greater peace of mind" and a "panoramic sunroof that blends seamlessly into the cabin,"[54] the car "balances sleek and rugged" and "[t]ransforms drives into journeys" – it is "Superlative. All the way." As it is "built with 100% galvanised steel and the stringent of manufacturing processes. That, along with the choicest of design elements make the Tiguan truly perfect in every way."[55]

174.    At least one VW authorized dealer represented that the VW Tiguan sunroof "gives you that convertible feel without having to worry about the bugs."[56]

175.    The advertising associated with the Class Vehicles taken as a whole conveys an image of the Class Vehicles that they cannot live up to given the Defect.

176.    VW's marketing and advertising campaigns associated with the Class Vehicles are deceptive.

### E.  *The Defect Presents a Safety Risk and Causes Plaintiff & Class Members to Suffer Damages*

177.    Plaintiff and Class Members relied on VW's deceptive warranty practices, advertising campaigns, and/or material omissions of the existence of the Defect to their detriment.

178.    Omission of the Defect prevented Plaintiff and Class Members from making an informed decision about whether or not to purchase their Class Vehicles.

---

[53] 2018 Tiguan brochure available at https://www.leithvwraleigh.com/volkswagen-brochures-pdf.html (last accessed 12.20.2019).

[54] https://www.vw.com/models/tiguan/section/technology/ (last accessed 12.20.2019).

[55] https://www.volkswagen.co.in/en/models/tiguan.html#item=3&gallery=150339998013542611 (last accessed 12.20.2019).

[56] https://www.facebook.com/TEDDYVOLKSWAGEN/videos/696518864055018/ (last accessed 12.20.2019).

179.    Plaintiff and Class Members have suffered and continue to suffer due to their leak-prone sunroofs as a result of the defective design, manufacturing, and/or workmanship of VW's sunroofs in the Class Vehicles.

180.    The Defect typically makes itself known to owners and lessees with water leakage as the first sign noticeable to Class Members. Leakage results in water dripping into the vehicle from the sunroof during rainstorms, other extreme weather conditions, carwashes, etc.; if the leaking occurs while the vehicle is on the road, it may distract the driver making already dangerous driving conditions more dangerous for all drivers and passengers on public roadways; the Defect also causes excessive condensation resulting in the windshield fogging up during dangerous weather conditions, thereby limiting driver visibility; when the water drips into the vehicle it can damage the car's electrical systems which can cause parts of the car to malfunction resulting in the car slamming on the breaks and stopping motion abruptly on its own; leakage can damage the car's interior lining and create mold in a short amount of time.

181.    Consumers complain about the smell of mold and mold growth which appears to be rapid in the defective Class Vehicles, especially those contained in warm climates.

182.    Here is a photograph of the mold build up in a 2018 Tiguan, equipped with the defective leaking sunroof, after staying closed for only one month in Miami:



https://www.youtube.com/watch?v=iuraGvF8yP0 (last accessed 12.20.19).

183.    As explained herein, the Defect presents a safety risk to Plaintiff, Class Members, and other drivers, passengers, and individuals on public streets and highways.

184.    All Class Members with the defective sunroofs have suffered damages in that the value of the vehicle they purchased (*i.e.* with a defective sunroof) was worth less than the amount they paid for the vehicle.

185.    Class Members suffer lost time and energy to address the Defect and get VW to repair it.

186.    Class Members lost money for repairs done to the Class Vehicles, even though the Defect should be repaired at no cost to them under the VW warranties.

187.    Class Members are damaged because the current and future re-sale value of their Class Vehicle is significantly reduced due to the existence of the sunroof Defect and the damages incurred.

188.    Class Members did not receive the benefit of their bargain when they purchased their defective Class Vehicles.

## PLAINTIFF'S EXPERIENCES

189.    Plaintiff Sokol Gjonbalaj purchased his 2018 VW Tiguan complete with a movable, panoramic sunroof in August 2017 from Platinum Volkswagen – a VW dealer located in Hicksville, New York.

190.    Plaintiff purchased his Class Vehicle for personal, family, and/or household use.

191.    At no time prior to, during, or after his purchase, did VW inform Plaintiff Gjonbalaj that his Class Vehicle contained the sunroof Defect.

192.    Plaintiff and Class Members reasonably expected to be able to use their Class Vehicles for normal and ordinary purposes.

193.    Plaintiff Gjonbalaj expected that his Class Vehicle would be able to withstand extreme weather conditions and inclement weather, including rain.

194.    Since the purchase of his Class Vehicle, Plaintiff Gjonbalaj has experienced approximately four (4) separate leak events in his Class Vehicle due to the sunroof Defect.

195.    Each leak has occurred in the rain and some occurred while Plaintiff was driving on the road.

196.    On or about October 11, 2018, while it was raining outside, Plaintiff experienced the first sunroof leak in his Class Vehicle of which he was aware.

197.    The leak occurred while Plaintiff was driving on the road.

198.   Once it was safe, Plaintiff Gjonbalaj captured video of the leak, screenshots of which include the following:



199.   Plaintiff Gjonbalaj then took the vehicle to Volkswagen of Huntington – a VW dealer in South Huntington, New York – for diagnosis and repair of the sunroof leak.

200.   The VW dealer kept the car for approximately 2 weeks, at which time, after purported examination, the VW dealer claimed that it could not replicate the leak and returned the vehicle to Plaintiff Gjonbalaj.

201.   On or about November 13, 2019, while Plaintiff Gjonbalaj was driving his Class Vehicle in the rain, he again experienced another sunroof leak in his Class Vehicle.

CLASS ACTION COMPLAINT

202.   Plaintiff Gjonbalaj, again, captured video of the leak, screenshots of which include the following:

 

203.   Following this leak, Plaintiff Gjonbalaj again took the vehicle back to a VW dealer.

204.   This VW dealer kept the Class Vehicle for approximately one week and then explained that the VW dealer had conducted an open hose test, but the VW dealer claimed that it could not replicate the leak.

205.   The Class Vehicle was again returned to Plaintiff Gjonbalaj without any dealer performing any repair of the sunroof leak.

206.   The sunroof leak caused discoloration stains and damage to the vehicle's carpet, roof headliner, and seats.

207.   Plaintiff Gjonbalaj captured video of the discoloration to the vehicle's roof headliner, screenshot of which includes the following:



208.   Neither VW dealer replaced the stained roof headliner.

CLASS ACTION COMPLAINT

209.    Now every time it rains, there is a moldy smell in the car and if the air conditioning unit is turned on while it is raining, the car smells even worse – very moldy.

210.    As a result of the Defect, Plaintiff Gjonbalaj's Class Vehicle has also suffered electrical/electronic issues some of which pose a safety risk to him, his passengers, and others on the road.

211.    At least two times since the Defect manifested in the form of a leak, Plaintiff Gjonbalaj has experienced his Class Vehicle's front or forward moving sensors malfunctioning. The front sensors "go off" as if the car is too close to another car or object, when in reality no cars or objects are in close proximity to the vehicle, and the car on its own slams on the brakes and stops. Both instances have occurred while Plaintiff Gjonbalaj was driving on the road while it was raining outside.

212.    At least three or four times since the sunroof Defect manifested in the form of a leak, Plaintiff Gjonbalaj has experienced a similar issue with his rear sensors. Each instance has occurred while it was raining outside.

213.    The front and rear sensors glitching in this manner pose a safety threat.

214.    Since the Defect manifested in the form of a leak, the head or radio sometimes fails to come on when Plaintiff Gjonbalaj's Class Vehicle is started. This requires Plaintiff Gjonbalaj to hold the power button for 15 seconds in order to reset it.

215.    Plaintiff Gjonbalaj has also experienced static coming from the passenger side tweeter or treble speaker in his Class Vehicle.

216.    In or about summer 2019, Plaintiff Gjonbalaj also experienced a "misfire" issue with his Class Vehicle.

217.    Due to the issues he has experienced in his Class Vehicle as a result of the Defect, Plaintiff Gjonbalaj has been scared for his safety while operating his Class Vehicle.

218.    Aside from reporting these issues to the VW dealers where he has sought repair – to no avail – Plaintiff Gjonbalaj has also directly contacted VW North America and reported the issues he has experienced with his Class Vehicle.

219.    Plaintiff Gjonbalaj has spent his valuable time trying to address the issues resulting from the sunroof Defect, including taking his car to various VW dealers and contacting VW North America.

220.    Plaintiff Gjonbalaj has lost use of his Class Vehicle due to the Defect.

221.    Plaintiff Gjonbalaj does not like to operate his Class Vehicle in the rain anymore due to the Defect.

222.    Plaintiff Gjonbalaj does not like to even let his Class Vehicle get exposed to rain, but it is kept outside and subject to the elements as they come.

223.    Plaintiff Gjonbalaj's Class Vehicle at all relevant times has been under warranty. His car was and remains covered by the VW People First Warranty.

224.    Despite that Plaintiff Gjonbalaj's Class Vehicle is under warranty, VW has refused or has been unable to repair, correct, or otherwise remedy Plaintiff Gjonbalaj's Class Vehicle and the issues he has experienced as a direct and proximate cause of the Defect.

225.    Due to the Defect, Plaintiff Gjonbalaj's Class Vehicle was and is worth less than what he paid for it.

226.    Due to the Defect, the current and future re-sale value of Plaintiff Gjonbalaj's Class Vehicle has been significantly reduced.

227.    Plaintiff Gjonbalaj did not receive the benefit of his bargain with VW for his Class Vehicle.

228.    At no time has VW acknowledged the existence of the Defect to Plaintiff Gjonbalaj or disclosed, warned, or otherwise informed Plaintiff Gjonbalaj of the Defect.

229.    Had VW informed Plaintiff Gjonbalaj (or had Plaintiff Gjonbalaj otherwise known) of the Defect, Plaintiff Gjonbalaj would not have purchased his Class Vehicle.

## **CLASS ACTION ALLEGATIONS**

230.    Pursuant to Federal Rule of Civil Procedure 23, this action is brought individually by Plaintiff and on behalf of the following Class of similarly situated individuals.

231.    The New York Class is defined as and consists of:

All individuals who, during the maximum time period allowed by law, purchased or leased VW vehicles with sunroofs in the state of New York, including but not necessarily limited to the following makes or models: Audi A1 Mk2, Audi A3 Mk3, Audi TT Mk3, Audi Q2, Audi Q3, Volkswagen Arteon, Volkswagen Atlas/Teramont, Volkswagen Golf, Volkswagen Jetta, Volkswagen Passat, Volkswagen Polo, Volkswagen Tiguan, Volkswagen Touran, and the Volkswagen Touareg.

232.    Plaintiff anticipates amending the class definition based on discovery and the relevant vehicles identified by VW.

233.    Excluded from the proposed Class are VW; any affiliate, parent, or subsidiary of VW; any entity in which VW has a controlling interest; any officer, director, or employee of VW; any successor or assign of VW; anyone employed by counsel in this action; any judge to whom this case is assigned, his or her spouse; members of the judge's staff; and anyone who purchased a Class Vehicle solely for the purpose of resale.

234.    Members of the proposed Class are readily ascertainable because the Class definition is based upon objective criteria.

235.    <u>Numerosity.</u>  This action is brought by Plaintiff on behalf of all other persons similarly situated whose joinder in this action is impracticable because the Class is so numerous. VW sold tens of thousands of Class Vehicles to people all across the nation, including New York. VW continues to sell the defective Class Vehicles. Thus, there are too many members to practically join in a single action.

236.    <u>Commonality and Predominance.</u>  Common questions of law and fact exist as to all proposed members of the Class and predominate over questions that might affect only individual Class Members. These common questions include but are not limited to:

a.   Whether the sunroofs have a propensity to leak;

b.   Whether VW knew or should have known that the sunroofs had a propensity to leak, and, if so, when this Defect was discovered by VW;

c.   Whether VW failed to disclose, failed to warn, and actively concealed the existence of the Defect(s) from potential customers;

d.   Whether VW had a duty to disclose the Defect;

58

    e.   Whether VW breached any express or implied warranties;

    f.   Whether the Court may enter an injunction requiring VW to notify owners and lessees about the Defect;

    g.   Whether the Court may enter an injunction requiring VW to cease its practice of replacing defective sunroofs with identically defective sunroofs;

    h.   Whether VW had a duty to disclose the true character, quality, and nature of the Class Vehicles and the Defect;

    i.   Whether VW's conduct, as alleged herein, violates the Magnuson-Moss Warranty Act ;

    j.   Whether VW's conduct, as alleged herein, violates the consumer protection laws of New York;

    k.   Whether VW's conduct, as alleged herein, entitles Plaintiff and Class Members to restitution under the laws of New York.

237.   <u>Typicality.</u>  Plaintiff's claims are typical of the claims of the proposed Class. Plaintiff and Class Members all purchased or leased Class Vehicles with sunroofs that have a propensity to leak due to a defect in design, manufacturing, and/or workmanship.

238.   <u>Adequacy.</u>  Plaintiff is an adequate representative of the proposed Class because his interests do not conflict with the interests of the members of the Class he seeks to represent. Plaintiff has retained counsel who are competent and experienced in complex class action litigation and will prosecute vigorously on behalf of the Class.

239.   <u>Superiority.</u>  A class action is superior to other available means for the fair and efficient adjudication of this dispute. The injury suffered by each Class Member, while meaningful on an individual basis, is not of such magnitude as to make the prosecution of the individual actions against VW economically feasible. Even if Class Members themselves could afford individualized litigation, the court system could not. In addition to the burden and expense of managing many actions arising from the defective sunroofs, individualized litigation increases delay and expense to all parties and the court system presented by the legal and factual issues of the case. By contrast,

a class action presents fewer management difficulties and provides benefits of single adjudication, economy of scale, and comprehensive supervision by a single court. Further, prosecution of separate actions would create a substantial risk of inconsistent and varying adjudications.

240.    In the alternative, the proposed Class may be certified because:

a.    The prosecution of separate actions by the individual members of the proposed Class would create a risk of inconsistent adjudications, which could establish incompatible standards of conduct for VW;

b.    The prosecution of individual actions could result in adjudications that as a practical matter would be dispositive of the interests of non-party Class Members, or which would substantially impair their ability to protect their interests; and

c.    VW acted or refused to act on grounds generally applicable to the proposed Class, thereby making appropriate final and injunctive relief with respect to members of the proposed Class as a whole.

### TOLLING OF THE STATUTES OF LIMITATIONS

241.    <u>Discovery Rule.</u>  Plaintiff and Class Members' claims accrued upon discovery that the sunroofs in their Class Vehicles were prone to leaking. While VW knew and concealed the Defect, Plaintiff and Class Members could not and did not discover this fact through reasonable diligence prior to the purchase of their Class Vehicles.

242.    <u>Active Concealment.</u>  Any relevant statutes of limitations are tolled by VW's knowing and active concealment of the fact that the sunroofs suffered from the Defect. In August 2017, VW notified dealers that the Defect was substantial enough that "dealer stock vehicles" could not "be delivered to consumers" until the dealer had attempted a repair, but actively hid the Defect from consumers, stating, "Volkswagen is not notifying consumers" of the problem. VW had a duty to disclose this Defect and its consequent performance and safety problems to Plaintiff and Class Members because VW had knowledge of this Defect and the Defect was not known or easily discoverable by Plaintiff or Class Members. Despite its affirmative duty to disclose the nature and existence of this Defect, VW kept Plaintiff and Class Members ignorant of vital

information. A significant portion of evidence demonstrating VW's efforts to conceal the Defect is in the possession, custody, and control of VW to the exclusion of Plaintiff and Class Members.

243.    <u>Estoppel</u>. VW was and is under a continuous duty to disclose to Plaintiff and Class Members the true character, quality, and nature of the sunroofs installed in the Class Vehicles. At all relevant times, VW knowingly, affirmatively, and actively concealed the true character, quality, and nature of the sunroofs installed in the Class Vehicles. The details of VW's efforts to conceal its above-described unlawful conduct are in its possession, custody, and control, to the exclusion of Plaintiff and Class Members. Plaintiff and Class Members reasonably relied upon VW's active concealment. Based on the foregoing, VW is estopped from relying on any statutes of limitation in defense of this action.

244.    <u>Equitable Tolling</u>. VW took active steps to conceal the fact that it wrongfully, improperly, illegally, and repeatedly manufactured, marketed, distributed, sold, and leased Class Vehicles with defective sunroofs. Significant details of VW's efforts to conceal its above-described unlawful conduct are in its possession, custody, and control, to the exclusion of Plaintiff and Class Members. VW's failure to disclose and its active concealment of the Defect amounts to bad faith and deception in and of itself. When Plaintiff learned about this material information, he exercised due diligence by thoroughly investigating the situation, retaining counsel, and pursuing his claims. VW fraudulently concealed its above-described wrongful acts. Therefore, all applicable statutes of limitation are tolled under the doctrine of equitable tolling.

## **CLAIMS FOR RELIEF**

### **COUNT I – BREACH OF EXPRESS WARRANTIES**
**(On Behalf of Plaintiff individually and on behalf of the New York Class)**

245.    Plaintiff incorporates by reference all previous allegations as if set forth herein.

246.    VW provides all purchasers and lessees of the Class Vehicles with the express warranties described herein, which became part of the basis of the bargain. This includes its written warranty provided at the time of sale, as well as affirmations of fact, promises, or descriptions

about the Class Vehicles made in advertising or other materials, and other representations by VW concerning the Class Vehicles.

247.    VW manufactured and/or distributed the defective sunroofs included in the Class Vehicles, and any repair or replacement of the defective sunroofs are or should have been covered by the warranties VW provided to Plaintiff and Class Members for the Class Vehicles.

248.    The Class Vehicles are non-conforming goods in that, at a minimum, they do not conform to descriptions provided by VW and they are defective as described herein.

249.    Any repair or replacement of the defective sunroofs or parts therein to make them conform to VW's representations, affirmations, promises, descriptions, and warranties are or should have been provided to Plaintiff and Class Members for the Class Vehicles free of charge.

250.    VW breached its express warranties by providing non-conforming goods.

251.    VW breached its warranties by manufacturing, selling, leasing, and distributing the Class Vehicles with the Defect, requiring repair or replacement within the applicable warranty periods; refusing to honor the warranties with free repairs or replacements during the applicable warranty periods, refusing to honor the warranties with free repairs or replacements outside the applicable warranty periods without informing consumers of the Defect during their respective warranty periods; and/or simply refusing or being unable to repair, replace, or otherwise remedy the defective sunroofs free of charge.

252.    VW further breached these warranties by not correcting the Defect. Although VW warranted that it would correct defects in materials and workmanship in the Class Vehicles, VW instead repaired the defective sunroofs in the Class Vehicles with repair kits, made repairs that did not fix the Defect permanently or at all, used parts for repair that were defective in the same manner as the original parts, or failed to make any repairs at all. In each scenario, VW did not correct the Defect. VW has failed and/or refused to conform the sunroofs in the Class Vehicles to the express warranties. VW's conduct has voided any attempt to disclaim liability for its actions.

253.    Plaintiff and Class Members notified VW of the breach within a reasonable time or were not required to do so, because VW is the manufacturer and/or affording VW a reasonable

opportunity to cure its breach of written warranty would have been futile. VW knew of the Defect, chose to conceal it, and failed to comply with its warranty obligations and other express warranties.

254.    To the extent the defective Class Vehicles and warranties thereof fail their essential purposes, the written warranty terms are void.

255.    The time limits and other terms contained in VW's warranty are unconscionable and inadequate to protect Plaintiff and Class Members. Among other things, Plaintiff and Class Members had no meaningful choice in determining these time limitations, the terms of which unreasonably favor VW. A gross disparity in bargaining power exists between VW and Class Members, and VW knew or should have known that the sunroofs in the Class Vehicles were defective at the time of sale. Moreover, VW carefully designed its conduct to conceal the Defect from consumers so that less repairs would need to be made free of charge under warranty.

256.    Plaintiff and Class Members have complied with all obligations under the warranties, or otherwise have been excused from performance of those obligations as a result of VW's conduct described herein.

257.    Plaintiff and each member of the Class have had sufficient direct dealings with VW or its agents (including dealerships) to establish privity of contract with VW.

258.    Privity is not required here because Plaintiff and each member of the Class are intended third-party beneficiaries of contracts between VW and its distributors and dealers, and specifically, of VW's express warranties.

259.    VW's dealers were not intended to be the ultimate consumers of the Class Vehicles and have no rights under the warranty agreements provided with the Class Vehicles.

260.    The warranties were designed for an intended to benefit consumers only.

261.    Privity is not required here because the Class Vehicles, in their defective state, with related safety issues qualify as a thing of danger.

262.    As a direct and proximate cause of VW's breaches, Plaintiff and the other Class Members bought or leased Class Vehicles they otherwise would not have purchased, overpaid for their vehicles, did not receive the benefit of their bargain, and their Class Vehicles suffered

diminution in value. Plaintiff and Class Members have also incurred and will continue to incur costs for repair and replacement of defective sunroofs and damage resulting from the leaking sunroofs.

263.    Plaintiff and Class Members are entitled to legal and equitable relief against VW, including damages, consequential damages, specific performance, attorney fees, costs of suit, and such further relief as the Court may deem just or proper.

**COUNT II – BREACH OF IMPLIED WARRANTIES**
**(On Behalf of Plaintiff individually and on behalf of the New York Class)**

264.    Plaintiff incorporates by reference all previous allegations as if set forth herein.

265.    VW warranted that its Class Vehicles were of merchantable quality and fit for their ordinary purpose.

266.    VW warranted that its Class Vehicles had been properly made and the sunroofs would not leak water into the interior of the vehicles while the sunroofs were closed.

267.    VW breached these implied warranties:

   a.   The Class Vehicles were not merchantable because the sunroofs leaked;

   b.   The Class Vehicles were not properly designed, not properly manufactured, and/or suffered from poor workmanship because the sunroofs leaked water into the interior of the vehicle while the sunroofs were closed;

   c.   The Class Vehicles were not fit for their ordinary purpose, including driving in rain, inclement weather, and through car washes.

268.    As a direct and proximate cause of VW's breaches, Plaintiff and the other Class Members bought or leased Class Vehicles they otherwise would not have, overpaid for their vehicles, did not receive the benefit of their bargain, and their Class Vehicles suffered diminution in value. Plaintiff and Class Members have also incurred and will continue to incur costs for repair and replacement of defective sunroofs and damage resulting from the leaking of such sunroofs.

269.    Plaintiff and Class Members are entitled to legal and equitable relief against VW, including damages, consequential damages, specific performance, attorney fees, costs of suit, and such further relief as the Court may deem proper.

270.    Plaintiff and each member of the Class have had sufficient direct dealing with VW or its agents (including dealerships) to establish privity of contract with VW.

271.    Privity is not required here because Plaintiff and each member of the Class are intended third-party beneficiaries of contracts between VW and its dealers, and specifically, of VW's implied warranties.

272.    VW's dealers were not intended to be the ultimate consumers of the Class Vehicles and have no rights under the warranty agreements provided with the Class Vehicles.

273.    The warranties were designed for an intended to benefit consumers only.

274.    Privity is not required here because the Class Vehicles, in their defective state with their safety issues, qualify as a thing of danger.

**COUNT III – VIOLATION OF THE MAGNUSON-MOSS WARRANTY ACT**
**15 U.S.C. § 2301, *et. seq.***
**(On Behalf of Plaintiff individually and on behalf of the New York Class)**

275.    Plaintiff incorporates by reference all previous allegations as if set forth herein.

276.    The Magnuson-Moss Warranty Act ("MMWA") provides a federal cause of action for any consumer who is damaged by the failure of a supplier or warrantor to comply with a written or implied warranty in the sale of a consumer product.

277.    Plaintiff and Class Members are "consumers" as defined in 15 U.S.C. § 2301(3).

278.    VW is a "supplier" and "warrantor" as defined in 15 U.S.C. § 2301(4), (5).

279.    The Class Vehicles are "consumer products" as defined in 15 U.S.C. § 2301(1).

280.    Plaintiff and each member of the Class have had sufficient direct dealings with VW or its agents (including dealerships) to establish privity of contract with VW. However, privity is not required here because Plaintiff and each member of the Class are intended third-party beneficiaries of contracts between VW and its dealers, and specifically, of VW's implied warranties. These dealers were not intended to be the ultimate consumers of the Class Vehicles and have no rights under the warranty agreements provided with the Class Vehicles; the warranty agreements were designed for and intended to benefit consumers only. Moreover, privity is not

required here because the Class Vehicles, in their defective state with their related safety issues, qualify as a thing of danger.

281.    VW's express and implied warranties satisfy the definitions set forth by 15 U.S.C. § 2301 (6) & (7).

282.    VW breached these warranties as described in more detail above.

283.    The Class Vehicles share a common Defect in that the sunroofs suffer from defective design, manufacture, and/or workmanship such that they are prone to leak.

284.    Under the Act, VW was obligated to disclose known defects within the Class Vehicles to Plaintiff and Class Members.

285.    Under the Act, VW was obligated to repair or otherwise remedy the Defect.

286.    VW failed to meet its disclosure and remedy obligations, despite reasonable opportunity to do so.

287.    Plaintiff provided notice to VW that he would pursue his MMWA claims on behalf of a class.

288.    VW's violation of the MMWA caused damage to Plaintiff and Class Members and entitles them to statutory relief.

## COUNT IV – N.Y. GBL § 349
**(On Behalf of Plaintiff individually and on behalf of the New York Class)**

289.    Plaintiff incorporates by reference all previous allegations as if set forth herein.

290.    The sale and distribution of the Class Vehicles in New York constitutes a consumer-oriented act and thereby is governed by the New York deceptive acts and practices statute, General Business Law § 349.

291.    VW violated GBL § 349 by representing that:

    a.  The Class Vehicles, their sunroofs and related components had characteristics, uses, or benefits which they did not have; and

    b.  The Class Vehicles, their sunroofs, and related components were of a particular standard, quality, or grade which they were not.

292.    VW's scheme and concealment of the true characteristics of the vehicles and sunroofs were material to Plaintiff and New York Class Members, as VW intended.

293.    Had Plaintiff and New York Class Members known the truth, they would not have purchased or leased the Class Vehicles, or – if the Class Vehicle's true nature had been disclosed and mitigated, Plaintiff and Class Members would have paid significantly less for the Class Vehicles.

294.    Plaintiff and New York Class Members had no way of discerning or otherwise learning that VW's representations were false and misleading and that VW had concealed or failed to disclose facts relevant to the Defect in their Class Vehicles, until Plaintiff and New York Class Members' Class Vehicles began manifesting the Defect. Plaintiff and New York Class Members did not, and could not, unravel VW's deception on their own.

295.    VW had an ongoing duty to the New York Class to refrain from unfair and deceptive practices under GBL § 349 in the course of their business. Specifically, VW owed Plaintiff and New York Class Members a duty to disclose all material facts concerning the Defect because VW possessed exclusive knowledge, intentionally concealed such knowledge from Plaintiff and the New York Class, and/or made misrepresentations that were rendered misleading because they were contradicted by withheld facts.

296.    VW's violations present a continuing risk to the New York Class and the general public.

297.    VW's actions complained of herein affect the public interest.

298.    As a result of VW's statutory violations, Plaintiff and New York Class Members sustained injuries and are entitled to relief under the Act.

### COUNT V – N.Y. GBL § 350
**(On Behalf of Plaintiff individually and on behalf of the New York Class)**

299.    Plaintiff incorporates by reference all previous allegations as if set forth herein.

300.    VW engages in the "conduct of business, trade, or commerce" under GBL § 350.

301.     False advertising under GBL § 350-a includes "advertising, including labeling, of a commodity … if such advertising fails to reveal facts material in light of … representations [made] with respect to the commodity. …"

302.     VW caused to be made or disseminated through New York – via documents provided with purchase, advertising, marketing, and other publications – statements that were untrue or misleading to Plaintiff and New York Class Members.

303.     VW made numerous material misrepresentations or omissions of fact with intent to mislead and deceive the New York Class Members concerning the Class Vehicles, particularly with regard to the Defect. Specifically, VW intentionally concealed and suppressed material facts concerning the quality of the Class Vehicles in order to intentionally and grossly defraud and mislead Plaintiff and New York Class Members concerning the Defect.

304.     The misrepresentations and omissions set forth herein were material and likely to deceive a reasonable consumer.

305.     The inherent Defect(s) were undetectable to the ordinary consumer, until the Defect began to manifest in ways visible to Class Members.

306.     VW intentionally and knowingly misrepresented material facts regarding the Class Vehicles with intent to mislead Plaintiff and New York Class Members.

307.     VW's false advertising was likely to and did, in fact, deceive reasonable consumers including New York Class Members about the true characteristics of the Class Vehicles, sunroofs, and the Defect.

308.     VW's violations of GBL § 350 present a continuing risk to Plaintiff, New York Class Members, and to the general public.

309.     VW's deceptive acts and practices affect the public interest.

310.     The Class Vehicles did not perform as advertised and, thus, they are far less valuable than advertised.

311.     New York Class Members who purchased Class Vehicles either would not have purchased those vehicles at all or else they would have paid less for the Class Vehicles but for

VW's false advertising in violation of GBL § 350. New York Class Members who leased Class Vehicles either would not have leased them at all or would have leased them at a lower cost but for VW's false advertising in violation of GBL § 350.

312.    New York Class Members have suffered injury-in-fact and/or actual damages and ascertainable loss as a direct and proximate result of VW's false advertising in violation of GBL § 350, including but not limited to purchasing or leasing a diminished value or complete lost value for the Class Vehicles purchased or leased.

313.    New York Class Members have suffered lost or diminished use, enjoyment, and utility of their Class Vehicles along with suffering annoyance, aggravation, and inconvenience resulting from VW's violation of GBL § 350.

314.    New York Class Members seek monetary relief against VW measured as the greater of (a) actual damages in an amount to be determined at trial, or (b) statutory damages. Because VW's conduct was committed willingly and knowingly, Plaintiff and New York Class Members are entitled to recover three times actual damages, up to $10,000.

315.    New York Class Members also seek an order enjoining VW's false advertising and further seek attorney's fees and any other just and proper relief under GBL § 350.

### COUNT VI – Fraud by Omission and/or Fraudulent Concealment
### (On Behalf of Plaintiff individually and on behalf of the New York Class)

316.    Plaintiff incorporates by reference the preceding paragraphs as if fully set forth herein.

317.    At all relevant times, VW had a duty to disclose the Defect to Plaintiff and Class Members. VW owed a duty to disclose the Defect and its corresponding safety risk to Plaintiffs and members of the Class because VW possessed superior and exclusive knowledge regarding the Defect. Further, VW had a duty to disclose any information relating to the safety, quality, functionality and reliability of Class Vehicles because they consistently marketed the Class Vehicles as safe, reliable, and able to withstand inclement weather (including, being in the rain without allowing water to penetrate the passenger compartment).

318.    Once VW made representations to the public about safety, quality, functionality, and reliability, VW was under a duty to disclose these omitted facts – where one does speak, one must speak the whole truth and not conceal any facts which materially qualify those facts stated. One who volunteers information must be truthful, and the telling of a half-truth calculated to deceive is fraud. Rather than disclose the Defect, VW intentionally and knowingly concealed, suppressed and/or omitted material facts including the standard, quality, or grade of the Class Vehicles and the presence of the Defect and corresponding safety risk, to sell additional Class Vehicles and avoid the cost of repair or replacement.

319.    VW omitted, concealed, and/or suppressed the existence of the Defect in the Class Vehicles.

320.    VW's concealment of the Defect was done knowingly, intentionally, and with the intent to induce consumers to purchase the defective Class Vehicles for a price more than their actual worth.

321.    VW knew their concealment and suppression of material facts was false and misleading and knew the effect of concealing those material facts. VW knew their omission, concealment and suppression of the Defect would sell more Class Vehicles and would discourage Plaintiff and members of the Class from seeking replacement or repair of the Defect during the applicable warranty periods. Further, VW intended to induce Plaintiff and members of the Class into purchasing or leasing the Class Vehicles and to discourage them from seeking replacement or repair of the Defect in order to decrease costs and increase profits.

322.    Plaintiff and Class Members were unaware of the Defect, in part because VW did not issue press releases and did not make its Tech Tips, TSBs, and other internal communications available to the public, to consumers, or to the owners and lessees of Class Vehicles via direct communications.

323.    Had VW not omitted, concealed, or suppressed the Defect from Plaintiff and Class Members, then Plaintiff and Class Members would not have purchased the vehicles or would have paid less for them, had they been informed of the Defect prior to their purchases.

324.    VW acted with malice, oppression, and fraud.

325.    Plaintiff and members of the Class reasonably relied upon VW's knowing concealment and omissions.

326.    As a result of VW's concealment and/or suppression of the existence of the Defect, Plaintiff and Class Members sustained damage as described herein.

**COUNT VII – Unjust Enrichment**
**(On Behalf of Plaintiff individually and on behalf of the New York Class)**

327.    Plaintiff incorporates by reference all previous allegations as if set forth herein.

328.    As described above, VW sold Class Vehicles to Plaintiff and Class Members even though the sunroofs installed in those Class Vehicles were defective and posed a safety hazard.

329.    VW failed to disclose its knowledge of the Defect and the Defect's attendant risks--at the point of sale or otherwise.

330.    VW unjustly charged and charges Class Members for repairs and/or replacement of the defective sunroofs without disclosing that the Defect is widespread and that the repairs do not address the root cause of the Defect.

331.    As a result of its acts and omissions related to the defective sunroofs, VW obtained monies that rightfully belong to Plaintiff and Class Members.

332.    As a result of its wrongful acts, concealments, and omissions of the Defect in its Class Vehicles, as set forth above, VW charged a higher price for the Class Vehicles than their true value. Plaintiff and members of the Class paid that higher price for their vehicles to VW's authorized dealers, which are in VW's control. VW also reaps huge profits from the sales of its vehicles through its authorized dealers, netting €30 billion for the fiscal year ending December 31, 2019 alone.

333.    VW appreciated, accepted, and retained the non-gratuitous benefits conferred by Plaintiff and Class Members who, without knowledge of the Defect, paid a higher price for their vehicles than those vehicles were worth. VW also received monies for vehicles that Plaintiff and Class Members would have paid less for, not purchased with the sunroof feature (if the model was

also available without one), or would not have purchased the Class Vehicles at all had they been aware of the Defect.

334.    It would be inequitable and unjust for VW to retain these wrongfully obtained profits.

335.    VW's retention of these wrongfully-acquired profits would violate fundamental principles of justice, equity, and good conscience.

## PRAYER FOR RELIEF

Therefore, Plaintiff seeks judgment against VW and requests relief as follows:

A.   An Order certifying this case as a Class Action;

B.   An Order appointing Plaintiff as Class Representative of the New York Class;

C.   An Order appointing Plaintiff's counsel as Class Counsel;

D.   Damages and other relief under statutory or common law;

E.   Attorneys' fees and costs;

F.   Pre- and post- judgment interest;

G.   Declaratory, injunctive, and equitable relief; and

H.   Such other relief as is just and proper.

## JURY DEMAND

Plaintiff, individually and on behalf of the proposed New York Class, hereby demands a trial by jury as to all matters so triable.

CLASS ACTION COMPLAINT

DATE: March 27, 2020

Respectfully submitted,


*/s/ Mitchell M. Breit*
Mitchell M. Breit
Jason 'Jay' Barnes (*pro hac vice*)
Brittany A. Boswell  (*pro hac vice*)
**SIMMONS HANLY CONROY**
12 Madison Avenue
New York, NY 10016-7416
Tel. (212) 784-6400
Fax (212) 213-5949
mbreit@simmonsfirm.com
jaybarnes@simmonsfirm.com
bboswell@simmonsfirm.com


Gregory F. Coleman
(*pro hac vice* to be sought)
Lisa A. White
(*pro hac vice* to be sought)
**GREG COLEMAN LAW PC**
First Tennessee Plaza
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tel. (865) 247-0080
Fax (865) 522-0049
greg@gregcolemanlaw.com
lisa@gregcolemanlaw.com


Mark P. Bryant
(*pro hac vice* to be sought)
Emily Ward Roark
(*pro hac vice* to be sought)
**BRYANT LAW CENTER PSC**
601 Washington Street
P.O. Box 1876
Paducah, KY 42002-1876
Tel. (270) 442-1422
Fax (270) 443-8788
mark@bryant.law
emily@bryant.law

CLASS ACTION COMPLAINT

Russell D. Paul (NY2361939)
Jeffrey L. Osterwise
(*pro hac vice* to be sought)
Amey J. Park
(*pro hac vice* to be sought)
Abigail J. Gertner
(*pro hac vice* to be sought)
**BERGER MONTAGUE PC**
1818 Market Street
Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
rpaul@bm.net
josterwise@bm.net
apark@bm.net
agertner@bm.net

*Attorneys for Plaintiff*

CLASS ACTION COMPLAINT

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2020, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

*/s/ Mitchell M. Breit*

CLASS ACTION COMPLAINT